AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF
MASSACHUSETTS

Tracy Leitao

V.

David Lhowe, M.D.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 11326 RWZ

TO: (Name and address of defendant)

David Lhowe, M.D.
10 Hawthorne Place, Suite 115
Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

JUN 23 2005

DATE

(BY) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 5, 2005

I hereby certify and return that on 6/30/2005 at 1:55PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to J.Surette,agent at the time of service for David Lhowe, M.D., at , 10 Hawthorne Place, Suite 115 Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff George Slyva

_________________________
*Deputy Sheriff*

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ Signature of Server

____________ Address of Server