UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| TRACY LEITAO, * | |
|     Plaintiff * | |
| * | CIVIL ACTION |
| VS. * | NO. 2005-11326-RWZ |
| * | |
| DAVID LHOWE, M.D., * | |
|     Defendant * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE

In the above action we appear for the defendant, David Lhowe, M.D.

/s/ Michael A. Murphy
Charles P. Reidy, III
B.B.O. No. 415720
Michael A. Murphy
B.B.O. No. 363290
Attorneys for Defendant,
David Lhowe, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts  02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Michael A. Murphy, of counsel for the defendant, David Lhowe, M.D., hereby certify that on the 27th day of October, 2005, I served a copy of the above **APPEARANCE** by **electronically forwarding** a copy thereof, to:  Barry D. Lang, Esq., Barry D. Lang, M.D. & Associates, One State Street, Suite 1050, Boston, Massachusetts  02109.

/s/ Michael A. Murphy
Michael A. Murphy