UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*************************
TRACY LEITAO,            *
      Plaintiff          *
                         *        CIVIL ACTION
VS.                      *        NO. 2005-11326-RWZ
                         *
DAVID LHOWE, M.D.,       *
      Defendant          *
*************************
```

ANSWER AND JURY CLAIM OF THE DEFENDANT,
DAVID LHOWE, M.D.

THE DEFENDANT,
DAVID LHOWE, M.D.,
CLAIMS A TRIAL BY JURY AS TO ALL ISSUES

First Defense

PARTIES

1.   The defendant, David Lhowe, M.D., can neither admit nor deny the allegations of Paragraph No. 1 of plaintiff's complaint because he is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

2.   The defendant, David Lhowe, M.D., admits the allegations of Paragraph No. 2 of plaintiff's complaint.

3.   The defendant, David Lhowe, M.D., admits the allegations of Paragraph No. 3 of plaintiff's complaint.

4.   The defendant, David Lhowe, M.D., denies the allegations of Paragraph No. 4 of plaintiff's complaint.

2

## COUNT I

5.      The defendant, David Lhowe, M.D., repeats and restates his answer to the allegations of Paragraph Nos. 1 through 4 of plaintiff's complaint as if expressly rewritten and set forth herein.

6.      The defendant, David Lhowe, M.D., admits the allegations of Paragraph No. 6 of Count I of plaintiff's complaint.

7.      The defendant, David Lhowe, M.D., admits the allegations of Paragraph No. 7 of Count I of plaintiff's complaint.

8.      The defendant, David Lhowe, M.D., denies the allegations of Paragraph No. 8 of Count I of plaintiff's complaint.

9.      The defendant, David Lhowe, M.D., denies the allegations of Paragraph No. 9 of Count I of plaintiff's complaint.

### Second Defense

And further answering, the defendant, David Lhowe, M.D., says that the injuries and damages alleged were caused in whole or in part by negligence of the plaintiff, Tracy Leitao, to a degree equal to or greater than any alleged negligence of the defendant.

### Third Defense

And further answering, the defendant, David Lhowe, M.D., says that the injuries and damages alleged were not caused by the acts of any person for whose conduct the defendant was legally responsible.

3

<u>Fourth Defense</u>

And further answering, the defendant, David Lhowe, M.D., says that if the plaintiff, Tracy Leitao, underwent the medical procedures alleged, she did so after having been fully informed and cognizant of any risks and uncertainties involved in said procedures, and plaintiff exercised her informed consent to the performance of said procedures.

<u>Fifth Defense</u>

And further answering, the defendant, David Lhowe, M.D., says that any recovery for past and future medical expenses and/or for alleged conscious pain and suffering, if any, is limited pursuant to the provisions of G.L. c. 231, §§60G and 60H.

<u>Sixth Defense</u>

And further answering, the defendant, David Lhowe, M.D., says that the plaintiff fails to allege a claim upon which relief can be granted. Wherefore, the defendant moves pursuant to Fed. R. Civ. P. 12(b) (6) that plaintiff's complaint be dismissed, with costs to said defendant.

<u>Seventh Defense</u>

And further answering, the defendant, David Lhowe, M.D., says that the plaintiff's complaint in the above action fails for insufficiency of process and insufficiency of service of process upon the defendant in accordance with the applicable provisions of law. Wherefore, the defendant moves that this complaint be dismissed under the provisions of Fed. R. Civ. P. 12(b) (4) and 12(b) (5) due to the insufficiency of process and insufficiency of service of process. The plaintiff's complaint also fails due to lack of timely service under Fed. R. Civ. P. 4(j).

4

WHEREFORE, the defendant, David Lhowe, M.D., demands that plaintiff's complaint be dismissed and that judgment enter for the defendant, together with costs.

        /s/ Michael A. Murphy
        Charles P. Reidy, III
        B.B.O. No. 415720
        Michael A. Murphy
        B.B.O. No. 363290
        Attorneys for Defendant,
        David Lhowe, M.D.
        Martin, Magnuson, McCarthy & Kenney
        101 Merrimac Street
        Boston, Massachusetts  02114
        (617) 227-3240

## CERTIFICATE OF SERVICE

I, Michael A. Murphy, of counsel for the defendant, David Lhowe, M.D., hereby certify that on the 27th day of October, 2005, I served a copy of the above **ANSWER** by **electronically forwarding** a copy thereof, to:  Barry D. Lang, Esq., Barry D. Lang, M.D. & Associates, One State Street, Suite 1050, Boston, Massachusetts  02109.

        /s/ Michael A. Murphy
        Michael A. Murphy
        B.B.O. No. 363290
        Attorney for Defendant,
        David Lhowe, M.D.
        Martin, Magnuson, McCarthy & Kenney
        101 Merrimac Street
        Boston, Massachusetts  02114
        (617) 227-3240