UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRACY LEITAO<br>    Plaintiff<br><br>v.<br><br>DAVID LHOWE, M.D.<br>    Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11326-RWZ<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF ZACHARY B. LANG, ESQ.
ON BEHALF OF THE PLAINTIFF**

To the Clerk of the United States District Court, and all counsel of record:

Please enter the appearance of Attorney Zachary B. Lang, of the law firm Barry D. Lang, M.D. & Associates as counsel for the Plaintiffs in the above-captioned case.

My email, to be notified of all filings is zblang@lawdoctors.com.


/s/ Zachary B. Lang
Zachary B. Lang, Esq.
BBO # 652055
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: October 27, 2005