UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY LEITAO<br>    Plaintiff<br><br>v.<br><br>DAVID LHOWE, M.D.<br>    Defendants | )<br>)<br>)<br>) CIVIL ACTION NO. 05-11326-RWZ<br>)<br>)<br>) |

## CERTIFICATION OF TRACY LEITAO

This is to certify that we have discussed and approved a budget for the costs of conducting the full course, and various alternative courses of the litigation and have and will further consider the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16-4.

The Plaintiff,

_____
Tracy Leitao

Dated: 11/29/05

Plaintiff's Attorney,

_____
Barry D. Lang, Esq.

Dated: 11/29/05