UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRACY LEITAO,            *
   Plaintiff           *
                     *                    CIVIL ACTION
VS.                      *            NO. 2005-11326-RWZ
                     *
DAVID LHOWE, M.D.,       *
   Defendant           *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE

In the above action we appear for the defendant, David Lhowe, M.D.

_____
Charles P. Reidy, III
B.B.O. No. 415720
Michael A. Murphy
B.B.O. No. 363290
Maria L. Mazur
B.B.O. No. 642612
Attorneys for Defendant,
David Lhowe, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Maria L. Mazur, of counsel for the defendant, David Lhowe, M.D., hereby certify that on the 1st day of Decmeber, 2005, I served a copy of the above **APPEARANCE** in **hand** to: Barry D. Lang, Esq., Barry D. Lang, M.D. & Associates, One State Street, Suite 1050, Boston, Massachusetts 02109.

_____
Maria L. Mazur