**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

CIVIL DOCKET# **SUCV2005-03794**

Tracy Leitao
vs.
David Lhowe MD

## FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/24/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed**. Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: 03/24/2006

Justice of the Superior Court

_Nancy Moffiei Nutty_
Associate Justice of the Superior Court Dept.

Legal Member: _____
Attorney - Tribunal Member

Medical Member: _____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

I HEREBY ATTEST AND CERTIFY ON
_March 27, 2006_, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _Lenani A. Antraca_
Asst. Clerk

MALPRACTICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05-11326 RWZ

05-3794

TRACY LEITAO )
   Plaintiff )
)
v. ) CIVIL ACTION NO.
)
DAVID LHOWE, M.D. )
   Defendants )
MAGISTRATE JUDGE _____

RECEIPT # _____
AMOUNT $ 250
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**PARTIES**

1. Tracy Leitao Reside at 60 C Sumner Avenue, Concord, North Carolina

2. Defendant David Lhowe, M.D. is a physician duly licensed to practice medicine in the Commonwealth of Massachusetts. At all times relevant hereto, said Defendant practiced medicine at Massachusetts General Hospital, Boston, Massachusetts.

3. The United States District Court has jurisdiction in this matter because of diversity of parties.

4. The amount in controversy exceeds the amount necessary to satisfy the jurisdictional requirements of this Court.

**COUNT I**
**(Negligence – David Lhowe, M.D.)**

5. Paragraphs 1 through 4 are incorporated by reference as if set forth fully herein.

6. The Defendant, David Lhowe, M.D., for valuable consideration, undertook to treat and care for Plaintiff Tracy Leitao.

7. It then and there became the duty of Defendant, David Lhowe, M.D. to exercise that degree of care, diligence, and skill as is exercised by an average physician holding himself out in the field at the time in question.

8. Nevertheless, Defendant David Lhowe, M.D. breached his duty and failed to exercise said degree of care, diligence and skill by negligently treating, recommending treatment for, supervising the care of, and by otherwise failing to render proper, adequate and necessary medical care and treatment of Plaintiff Tracy Leitao.