COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

FILED
IN CLERKS OFFICE
SUPERIOR COURT
CIVIL ACTION
NO: 05-3794-B

U.S. DISTRICT COURT
DISTRICT OF MASS.

Tracy Leitao
    PLAINTIFF

V.

David Lhowe, M.D.
    DEFENDANT

ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court : DOCKET #05 11326 RWZ

BY THE COURT, Lu, J.

Lorraine A. Antosca
ASST. CLERK

DATED: June 29, 2006

Notice sent 6/29/06
BDL MD + A - BDL + Z.B.L.
M M McC + K - C.P.R. II + M.A.M.