UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11326-RWZ

TRACY LEITAO

v.

DAVID LHOWE, M.D.

PRETRIAL ORDER

September 8, 2006

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., 28 U.S.C., and Barry D. Lang having appeared as counsel for plaintiff, and Charles P. Reidy, III, having appeared as counsel for defendant, the following action was taken:

1. TRIAL

Trial is scheduled to commence on February 12, 2007, at 9:00 a.m. and is estimated to last four days.

2. JURY

The parties agreed to impanel eight jurors. Each side shall have four peremptory challenges. Counsel shall file proposed questions to the jury on voir dire no later than February 5, 2007.

3. ISSUES

The parties agree that the only issues to be tried are:

   (a) Whether defendant was negligent either by not recognizing plaintiff's problem and fixing it or by causing plaintiff's problem with the surgery he performed;

   (b) The amount of damages. Plaintiff claims for medical expenses, pain and suffering, and the added surgery.

4. <u>WITNESSES</u>

On or before February 5, 2007, each party shall file a list of witnesses who will testify at trial.

5. <u>EXHIBITS</u>

Prior to the commencement of trial, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits and prepare a listing thereof, in duplicate. Objected to exhibits shall be marked for identification and listed separately.

6. <u>REQUESTS</u>

On the first day of trial, counsel shall file:

(a) Requests for instructions; and

(b) Proposed questions to the jury on special verdict.

September 8, 2006 /s/Rya W. Zobel

    DATE                      RYA W. ZOBEL
                                    UNITED STATES DISTRICT JUDGE