

# ORTHOPEDIC GROUP, INC.

Henry M. Litchman, M.D.
Mehrdad M. Motamed, M.D.
Steven L. Blazar, M.D.
Michael D. Feldman, M.D.
Steven N. Graff, M.D.
Marco P. Dirks, M.D.
David J. Cicerchia, M.D.
Henry S. Urbaniak, Jr., M.D.
Howard S. Hirsch, M.D.
Jonathan A. Gastel, M.D.
Kevin S. Bowman, M.D.
J. Jeffrey Poggi, M.D.

Philip W. Rhoades, FACMPE
*Executive Administrator*

September 20, 2006

Barry Lang, M.D.
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109

**RE:    TRACY LEITAO**

Dear Dr. Lang:

I am writing in response to your inquiry regarding the case of Tracy Leitao. Data available to me include medical records from Dr. Paul Tornetta, Dr. Lance Macy, Dr. Gary S. Jones, and Dr. David Lhowe. Radiographic images available to me include films of the patient's injured tibia dating from July 14, 1999 through April 8, 2003.

Her medical history is such that she sustained a fracture of her right tibia in 1999. This was treated closed by Dr. Macy and her fracture healed uneventfully.

In August of 2000, the patient sustained another injury to the same leg. Evaluation by Dr. Macy revealed a new tibia fracture. He recommended and performed intramedullary rodding of the fracture. Dr. Macy's records document that the fracture healed slowly with varus deformity.

On July 24, 2001 she consulted Dr. Gary S. Jones about the deformity. He measured the deformity as 7-8 degrees of varus. He did not feel that her residual pain complaints of the lower extremity were attributable to this degree of deformity and he recommended nonsurgical care.

WWW.OGI-DOCS.COM
Toll Free for Pawtucket Main Office 800-725-3037
588 Pawtucket Avenue, Pawtucket, Rhode Island 02860  (401) 722-2400, FAX: (401) 728-3920
150 Emory Street, Attleboro, Massachusetts 02703  (508) 222-4450, FAX: (508) 226-6465
6 Blackstone Valley Place, Suite 530, Lincoln, Rhode Island 02865  (401) 334-3700, FAX: (401) 334-3414
639 Metacom Avenue, Warren, Rhode Island 02885

RE: TRACY LEITAO
September 20, 2006
Page 2

On April 25, 2002 she saw Dr. David Lhowe at Massachusetts General Hospital. After examining her and reviewing her radiographs, he concluded that the patient had a united fracture of her right distal tibia with 8 degrees of varus angulation and retained hardware. Dr. Lhowe offered the patient an osteotomy to correct the deformity.

On December 12, 2002, Dr. Lhowe performed a corrective osteotomy of the right tibia. At that time he noted that the right lower extremity had more "external tibial torsion" than the other leg. Dr. Lhowe's notes dated April 8, 2003 report that her osteotomy had healed, but that the patient had 30 degrees more external tibial torsion on the right than on the left.

On August 7, 2003 she underwent another corrective osteotomy by Dr. Paul Tornetta. This operation corrected the rotational deformity. Medical records after this procedure are available up to August 7, 2003 at which time the patient was reported to have been recovering normally from her last operation.

A review of the patient's radiographs is remarkable for the fact that the patient's tibial fracture that was treated with intramedullary rod did heal with varus deformity. Radiographs of the tibia showing both the ankle and knee reveal that both joints are visible in the anteroposterior projection at the same time. After the osteotomy and internal fixation were performed by Dr. Lhowe, radiographs demonstrated that when both joints are seen on the same film, the knee is seen in an anteroposterior view while tile ankle is visible in a lateral view. The only way that the latter can occur is if there is significant rotational deformity of the lower extremity. This conforms precisely to the patient's complaints following the surgery by Dr. Lhowe.

Based on review of the medical records and imaging, I conclude to a reasonable degree of medical certainty that the patient's osteotomy was fixed in an unacceptable degree of external rotation at the time that Dr. Lhowe performed the operation. Failure to accurately correct deformity in all planes

RE: TRACY LEITAO
September 20, 2006
Page 3

at the time of a corrective tibial osteotomy is a violation of the standard of care. There is no technical reason that all of the patient's deformities could not have been corrected at the time Dr. Lhowe performed the osteotomy, even if external rotation was also present, as he states in his deposition.

The standard of care requires Dr. Lhowe to adequately examine the patient preoperatively to detect any and all angular and rotary deformities and to record those and discuss fully with the patient his recommendations, especially recording any instances where he intends to leave a rotary deformity following corrective osteotomy. Following the surgical procedure, the standard of care required Dr. Lhowe to examine the leg for angulation and rotation prior to closure and dressing application. Had he done so, he would have noticed the external rotation deformity he created, and he then should have corrected it at that time.

All of the above opinions are to a reasonable degree of medical certainty.

Sincerely,

Howard S. Hirsch, M.D.
HSH:TOI/pam

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY LEITAO       Plaintiff | ))) |
| v. | ) CIVIL ACTION NO. 05-11326-RWZ) |
| DAVID LHOWE, M.D.       Defendants | ))) |

**PLAINTIFF'S EXPERT WITNESS DISCLOSURE**

NOW COMES THE PLAINTIFF, and discloses the expert witness testimony expected in the above captioned matter.

**Howard Hirsch, M.D.**
**Orthopedic Group, Inc.**
**588 Pawtucket Ave.**
**Pawtucket, RI 02860**

A copy of Dr. Hirsch's report is attached.

Dr. Hirsch is compensated at a flat rate of $1200.00 for case review, and $4000.00 for deposition and trial testimony.

Dr. Hirsch is preparing a list of his previous testimony.


The plaintiff,
by her attorney,


  /S/ Barry D. Lang
Barry D. Lang, Esq.
BBO # 565438
Zachary B. Lang, Esq.
BBO# 652055
Attorney for the Plaintiffs
**Barry D. Lang, M.D. & Associates**
1 State Street, Suite 1050
Boston, MA 02109
617-720-0176