UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*************************
TRACY LEITAO,            *
      Plaintiff          *
                         *                    CIVIL ACTION
VS.                      *                    NO. 2005-11326-RWZ
                         *
DAVID LHOWE, M.D.,       *
      Defendant          *
*************************
```

## JOINT MOTION TO CONTINUE AND RESCHEDULE TRIAL

Now come the parties and jointly move to continue and reschedule the trial of this matter now set for February 12, 2007. The parties also jointly move that trial be rescheduled for a date after March, 2007, agreeable to the schedule of the Court and counsel and that a scheduling conference be set for that to be accomplished.

Since the time this trial date was set, counsel for defendant and his wife have the opportunity to travel to the Galapagos and Machu Picchu in South American on a trip leaving Boston on February 16, 2007 and returning on March 6, 2007. Counsel for plaintiff now also has an opportunity to leave for a vacation that he had not then planned upon.

Clients are aware and have no objection to the rescheduling of the trial.



Attorney for Plaintiff                                  Attorney for Defendant


 /s/ Barry D. Lang                                       /s/ Charles P. Reidy, III
Barry D. Lang                                           Charles P. Reidy, III
BBO#:  565438                                           BBO#:  415720
Barry D. Lang, M.D., & Associates                       Michael A. Murphy
One State Street  Suite 1050                            BBO#:  363290
Boston, MA 02109                                        Martin, Magnuson, McCarthy
617-720-0176                                            & Kenney
                                                        101 Merrimac Street
                                                        Boston, MA 02114
                                                        617-227-3240

CERTIFICATE OF SERVICE

I, Charles P. Reidy, III, of counsel for the defendant, David Lhowe, M.D., hereby certify that on the 30th day of November, 2006, I served a copy of the above document by faxing a copy thereof to: Barry D. Lang, Esq., Barry D. Lang, M.D. & Associates, One State Street, Suite 1050, Boston, Massachusetts 02109.

/s/ Charles P. Reidy, III
Charles P. Reidy, III
B.B.O. No. 415720
Michael A. Murphy
B.B.O. No. 363290
Attorneys for Defendant,
David Lhowe, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240