
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
**************************
TRACY LEITAO,              *
        Plaintiff         *
                          *              CIVIL ACTION
VS.                        *              NO. 2005-11326-RWZ
                          *
DAVID LHOWE, M.D.,         *
        Defendant         *
**************************
```

## EXPERT DESIGNATION OF JOHN C. RICHMOND, M.D.

**STATEMENT OF THE OPINIONS TO BE EXPRESSED AND THE BASIS AND REASONS FOR OPINIONS, DATA OR OTHER INFORMATION CONSIDERED IN FORMING THE OPINONS TO BE GIVEN BY JOHN C. RICHMOND, M.D.**

John C. Richmond, M.D.
New England Baptist Hospital
125 Parker Hill Avenue
Boston, Massachusetts

I am Board Certified in Orthopedic Surgery and Chairman of the Department of

Orthopedic Surgery at New England Baptist Hospital. A copy of my curriculum vitae is

attached. I will testify regarding my training and experience relative to the medical and surgical

issues involved in the care of Tracey Leitao, my familiarity with such issues and Dr. Lhowe's

compliance with the applicable standard of care in treating this patient.

I have reviewed the various medical records, x-rays and CT scans produced in the course

of discovery of this matter. I have reviewed the hospital records from Massachusetts General

Hospital and those of Boston Medical Center. In addition, I have reviewed the office reports of

Dr. Lance Macie, Dr. Gary Jones, Dr. Anthony Teebagy, Dr. William Murzic, Dr. David Lhowe,

Dr. Paul Tornetta, Dr. David Burke and Dr. Adam Flowers. I have reviewed the answers to

PDF Complete

Click Here & Upgrade
Expanded Features
Unlimited Pages

interrogatories and depositions of Dr. David Lhowe and Ms. Tracy Leitao. I have also received and reviewed the two reports of Dr. Howard Hirsch, produced by counsel for plaintiff.

Ms. Tracy Leitao was 32 years old when she was first evaluated by Dr. David Lhowe on April 25, 2002. She had a complex history in relation to her right leg, which had initially been fractured in a fall while rollerblading on July 14, 1999. That initial fracture of her tibia and fibula was treated non–operatively by casting and healed very slowly. Of particular note, she was a one pack-per-day cigarette smoker, which compromises bone healing. On August 10, 2000, she miss-stepped off a wall and refractured her incompletely healed right tibia. This re-fracture was treated surgically with an intra-medullary rod. Although the alignment of the fracture following this surgery was nearly anatomic, the fracture again healed slowly and collapsed into varus (bow-legged) alignment.

Following healing of the fracture, Ms. Leitao had symptoms of pain in her leg, hip, and back, and walked on the outside of her foot. She sought opinions from a number of orthopedic surgeons (Dr. Gary Jones, Dr. Anthony Teebagy, Dr. William Murzic, and Dr. David Lhowe). All of their reports and records indicated that her symptoms were likely due to the varus mal-alignment of the fracture. Dr. Jones also noted that she had a measure of external rotational mal-alignment as well (estimated at around 10 by Dr. Jones but not addressed by any of the other 3 treating or examining orthopedic surgeons). Dr. Lhowe appropriately recommended an osteotomy to correct the varus mal-alignment. This surgery was performed on September 12, 2002, by Dr. Lhowe at the Massachusetts General Hospital. During the procedure, Dr. Lhowe became aware of the increased external rotation of Ms. Leitao's tibia, but made the conscious decision to accept this rotation, since he felt that any correction of the rotational mal-alignment at that time would further complicate the surgery and potentially compromise fixation of the

PDF
Complete
Click Here & Upgrade
Expanded Features
Unlimited Pages

osteotomy.  This was a significant concern, due to her prior history of healing problems and cigarette smoking.

Following the surgery performed by Dr. Lhowe, the osteotomy healed uneventfully, but the inceased external rotation of her right leg became a problem for her.  She became unhappy with Dr. Lhowe's care and sought an additional opinion through Dr. Paul Tornetta at Boston Medical Center on May 20, 2003.  Although Dr. Tornetta's notes,, by clinical examination, reported that the increased tibial rotation was only 8-10  (the same degree noted by Dr. Jones prior to the corrective osteotomy performed by Dr. Lhowe) it was subsequently measured to be 42  using a CT-scan.  Dr. Tornetta performed a de-rotational osteotomy on Ms. Leitao's left tibia and fibula on August 7, 2003.  This osteotomy healed without difficulties and good alignment according to the records of Dr. Tornetta.

In summary, Dr. David Lhowe treated Ms. Tracy Leitao for the complex problem of mal-union of a distal tibia and fibula fracture.  Pre-operatively, she had significant varus deformity, which made it difficult to assess the degree of excessive external rotation which was present in her leg.  In performing the osteotomy of her left tibia and fibula on September 12, 2002, Dr. Lhowe recognized the increased external rotation during that surgery.  Although he recognized this as a potential problem at the time, he made the appropriate intra-operative judgment that to try to additionally change the degree of external rotation might compromise fixation.  With her history of prior healing problems and smoking, any compromise in fixation could have had disastrous results.  Dr. Lhowe made the considered decision to accept the alignment that he had obtained, with the thought that if Ms. Leitao did have symptoms from this increased external rotation in the future, it could safely be corrected at that future time.

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF
Complete

Based on my review of the records and radiographs, it is my opinion, to a reasonable degree of medical certainty, that at all times in his treatment of Ms. Leitao, Dr. Lhowe met the standard of care for the average practicing orthopedic surgeon and his medical and surgical judgment fully complied with that standard of care. At all times in his care of Ms. Leitao, based upon the records of Boston Medical Center and all subsequent records of examinations and care of Ms. Leitao, it is also my opinion, again based upon my experience and reasonable medical certainty, that Ms. Leitao's present condition as reflected in those records has not been adversely affected by any action or non action on the part of Dr. Lhowe and that his surgical procedure and the surgical procedure performed at Boston Medical Center played no substantial role in either causing any of her subsequent complaints or increasing the likelihood of such complaints would be present. Her present condition, to the extent that any complaints are present, is more likely than not related to the course of events and injuries prior to any treatment by Dr. Lhowe than by anything done or not done by Dr. Lhowe or by Dr. Tornetta.

## ALL EXHIBITS TO BE USED AS A SUMMARY OF OR SUPPORT FOR THE OPINONS OUTLINED ABOVE

Other than the medical records and films identified above, I am not aware of any additional medical records and/or exhibits that may be used as a summary or support for my opinions outlined above. To the extent that any additional medical records or exhibits may be identified as exhibits at trial, I reserve the right to review and identify those.

## QUALIFICATIONS OF THE WITNESS INCLUDING A LIST OF ALL PUBLICATIONS AUTHORED IN THE LAST TEN YEARS.

Please see my curriculum vitae.

4

Click Here & Upgrade
Expanded Features
Unlimited Pages

PDF
Complete

## COMPENSATION

My fee is            per hour reviewing and evaluating records and materials.  My fee for

time spent testifying in Court or for deposition is            per hour.


### A LISTING OF OTHER CASES IN WHICH I HAVE TESTIFIED AS AN EXPERT WITNESS WITHIN THE PRECEEDING FOUR YEARS

That information is being gathered and will be supplied.


_____

John C. Richmond, M.D.

October, 2006

## JOHN C. RICHMOND, M.D.

BUSINESS ADDRESS:

New England Baptist Hospital
125 Parker Hill Avenue
Department of Orthopedics
Boston, MA  02120

PHONE NUMBER:
FAX NUMBER:

(617) 754-5545
(617) 754-6443

E MAIL ADDRESS:

jrichmon@caregroup.harvard.edu

DATE OF BIRTH:
PLACE OF BIRTH:

January 17, 1950
Boston, MA

## 2. EDUCATION:

HIGH SCHOOL:
1964 - 1968

Phillips Exeter Academy
Exeter, New Hampshire

COLLEGE:
1968 - 1972

University of Pennsylvania
Philadelphia, Pennsylvania
B.A. in Marine Biology, cum laude

MEDICAL SCHOOL:
1972 - 1976

Tufts University School of Medicine
Boston, Massachusetts
Doctor of Medicine

## 3. SPECIAL TRAINING:

INTERNSHIP:
1976 - 1977

General Surgery: Hospital of the
University of Pennsylvania

RESIDENCY:
1977 - 1978

General Surgery: Hospital of the
University of Pennsylvania

1978 - 1981

Orthopaedic Surgery: Tufts University
Combined Orthopaedic Residency Program

## 4. EMPLOYMENT:

| | |
|---|---|
| 1982 - 1983 | Assistant-in-Orthopaedics, New England Medical Center |
| 1983 - 1985 | Assistant Orthopaedist, New England Medical Center |
| 1982 - 2004 | Director, Sports Medicine Clinic, New England Medical Center |
| 1982 - Present | Team Physician, Tufts University, Department of Athletics |
| 1986 - 2004 | Orthopaedist, New England Medical Center |
| 1987 - 2004 | Director, Division of Adult Orthopaedics, New England Medical Center |
| 2002 – 2004 | Vice-Chairman, Department of Orthopaedics, New England Medical Center |
| 2004 – Present | Chairman, Department of Orthopedics, New England Baptist Hospital |

## 5. ACADEMIC AND TEACHING APPOINTMENTS:

| | |
|---|---|
| 1978 - 1984 | Instructor in Orthopaedic Surgery, Tufts University School of Medicine |
| 1982 - 1983 | Instructor in Large Animal Surgery, Tufts University School of Veterinary Medicine |
| 1983 - 2001 | Assistant Professor, Large Animal Surgery, Tufts University, School of Veterinary Medicine |
| 1984 - 1991 | Assistant Professor of Orthopaedic Surgery Tufts University School of Medicine |
| 1989 - 2000 | Instructor in Orthopaedics, Northeastern University |
| 1991 - 2001 | Associate Professor of Orthopaedic Surgery, Tufts University School of Medicine |
| 1993 - 1997 | Associate Professor of Rehabilitation Medicine, Tufts University School of Medicine |
| 2001 – present | Professor of Orthopaedic Surgery, Tufts University School of Medicine |
| 2004 – present | Adjunct Professor Biochemical Engineering Tufts University |

## 6. AWARDS OR HONORS:

B.A., Cum Laude in Marine Biology, University of Pennsylvania

Recipient of Class Awards in Biochemistry and Anatomy,
> Tufts University School of Medicine; 1976

Junior Member A.O.A. 1975; President A.O.A. 1975-1976:
> Tufts University School of Medicine

Eastern Collegiate Athletic Association; Certificate of Appreciation, 1991

Recipient O'Donahue Clinical Research Award, American Orthopaedic Society for Sports Medicine, 1995

Recipient Massachusetts Interscholastic Athletic Association Distinguished Service Award, April 2004

William Southmayd Award for Best Teacher, New England Baptist Hospital Sports Medicine Fellowship, 2004-2005, 2005-2006

Recipient Compere Award for Outstanding Scientific presentation 20th Century Orthopedic Association, August 2005

## 7. PUBLIC SERVICE:

| | |
|---|---|
| Commonwealth of Massachusetts Sports Injury Prevention Task Force | (1987-1989) |
| Sports Medicine Committee, Massachusetts Interscholastic Athletic Association Chairman | (1989-present) (1991-present) |
| Sports Medicine Committee, National Federation of High School Associations | (2002-present) |

## 8. SCHOLARLY SOCIETIES:

Diplomate, American Board of Orthopaedic Surgery: July 24, 1984
Fellow, American Academy of Orthopaedic Surgery (AAOS)
American Orthopaedic Association (AOA)
American Orthopaedic Society for Sports Medicine (AOSSM)
Arthroscopy Association of North America (AANA)
International Arthroscopy Association (IAA)
Eastern Orthopaedic Association (EOA)
International Cartilage Repair Society (ICRS)
Herodicus Society
20th Century Orthopaedic Association
New England Orthopaedic Society (NEOS)
Massachusetts Orthopaedic Association (MOA)
National Orthopaedic Education Society (NOES)
Boston Orthopaedic Club

9. LICENSURE AND CERTIFICATION:

Massachusetts 43010 (1978)
American Board of Orthopaedic Surgery (1984)

10. COMMITTEE ASSIGNMENTS:

| | |
|---|---|
| 1987 - 1993 | Department of Orthopaedics, New England Medical Center Operations Committee |
| 1988 - 1991 | Scientific Affairs Committee, Tufts University School of Medicine |
| 1989 | New England Medical Center Research Task Force member |
| 1989 | Chairman, New England Medical Center AD-HOC Committee on Operating Room Facilitation |
| 1990 - Present | Member Educators Group, American Orthopaedic Society for Sports Medicine |
| 1990 - Present | Fellowship Director, Tufts University School of Medicine, New England Medical Center Sports Medicine Fellowship |
| 1991 - 1995 | Member New England Medical Center Trustees Facility Oversight Committee |
| 1993 - 1996 | Member and Associate Medical Director, New England Medical Center Day Surgery Operations Committee |
| 1993 - 1995 | Member, Fellowship Committee, Arthroscopy Association of North America |
| 1994 - 1995 | Member Editorial Board Orthopaedics Knowledge Update – 5, American Academy of Orthopaedic Surgeons |
| 1994 - 1997 | Member Ad- Hoc Outcomes Committee AAOS and AOSSM |
| 1994 - 1997 | Member, Subcommittee on Sports Medicine Evaluation, AAOS |
| 1994 - 2005 | Member, AOSSM Fellowship Examination Committee |
| 1995 - 1998 | Member, AANA Committee of State Representatives |
| 1996 - 2002 | Member, AOSSM Research Committee |
| 1996 - 2000 | Member, AAOS Sports Medicine Self-Assessment SubCommittee |

| 1997 - 2001 | Member, OREF Prospective Clinical Peer Review Committee |
| 1997 - 1998 | Member, AANA Learning Center Committee |
| 1997 - Present | Member, AOSSM Knee Ligament Evaluation Committee |
| 1998 - 2001 | Member, AAOS Outcomes Committee |
| 1999 - 2001 | Member, AANA Education Committee |
| 2001 - 2005 | Chairman, AANA Fellowship Committee |
| 2001 - 2003 | Member, AOSSM Council of Delegates |
| 2002 – 2005 | Member, AANA Board of Directors |
| 2004 – Present | Member, NEBH Board of Trustees |
| 2004 – Present | Secretary, Eastern Orthopedic Association |
| 2006 – Present | Member, AANA Education Committee |
| 2006 – Present | Member, AANA Board of Directors |

11.    JOURNAL REVIEWER:

| 1992 - 2005 | Manuscript Reviewer, American Journal of Sports Medicine |
| 1993 - Present | Manuscript Reviewer, New England Journal of Medicine |
| 1998 - 2005 | Consultant reviewer: Arthroscopy, The Journal of Arthroscopic and Related Surgery |
| 1998 - Present | Consultant reviewer: Journal of Orthopaedic and Sports Physical Therapy |
| 1998 - 2000 | Manuscript reviewer: Journal of Bone and Joint Surgery |
| 1999 - Present | Manuscript reviewer: University of Pennsylvania Orthopaedic Journal |
| 2000 - 2005 | Consultant reviewer: Journal of Bone and Joint Surgery |
| 2001 - Present | Member Editorial Board: Sports Medicine and Arthroscopy Review |
| 2002 – 2005 | Member Editorial Board: Arthroscopy, The Journal of Arthroscopic and Related Surgery |
| 2006- Present | Associate Editor: Arthroscopy, The Journal of Arthroscopic and Related Surgery |

12. TEACHING ASSIGNMENTS:

1.    Course Director for the Annual Anatomy in Sports Medicine Workshop, 1983-1992.  This symposium was a four-day workshop run through the Division of Continuing Medical Education at Tufts University School of Medicine.

2.    Laboratory instructor for the Arthroscopic Surgical Section of the American Academy of Orthopaedic Surgeons, Summer Institute, September, 1983.

3.    Visiting Professor and Guest Surgeon at the Orthopaedic and Trauma Institute, Mexico City, Mexico; March, 1987.

4.    Visiting Professor, 2nd Annual Meeting of Mexican Arthroscopy Association,, Juarez, Mexico; November, 1987.

5.    Visiting Professor, 3rd Annual Meeting of Mexican Arthroscopy Association, Juarez, Mexico; November, 1988.

6.    Lecturer in Orthopaedics and Anatomy at Northeastern University Degree Program for Physicians Assistants; 1985 to present.

7.    Course Director and Organizer: "Anatomy and Sports Injuries." University of Puerto Rico and Tufts University Schools of Medicine, 1991-1992. University of Puerto Rico, San Juan, PR.

8.    Visiting Professor and Guest Surgeon, Social Security Hospital, Veracruz, Mexico, September, 1991.

9.    Visiting Professor, Combined Congress Mexican Association of Orthopaedics and Traumatology and the Mexican Association of Arthroscopy and Surgery of the Knee, Guadalajara, Mexico, September, 1992.

10.   Visiting Professor, Mexican Academy of Surgery, Mexico City, Mexico, September, 1992.

11.   Visiting Professor and Guest Surgeon, Nile Badrour Hospital, Cairo, Egypt, October, 1992.

12.   Visiting Professor, Egyptian Orthopaedic Society, Alexandria, Egypt, November, 1992.

13.   Visiting Lecturer, University of Vermont, Department of Orthopaedics, Burlington, VT, October, 1993.

14.   Visiting Professor and Guest Surgeon, New Jeddah Clinic Hospital, Jeddah, Saudi Arabia, November, 1993.

15.     Visiting Professor, University of Guadalajara and the Orthopaedic Society of Jalisco, Guadalajara, Mexico, June 1994.

16.     Associate Master Arthroscopy Association of North America Learning Center Course on Shoulder Arthroscopy, Rosemont, IL., August 1994.

17.     Visiting Professor, Las Asociacions, Mexicana de Ortopedia y Traumatologia and de Cirugia de Rodilla y Arthroscopia, Guadalajara Mexico, September 1994

18.     Visiting Lecturer and Guest Surgeon, University of    Nottingham,    Nottingham    UK, December 6 - 7, 1996.

19.     Visiting Lecturer, Harvard Medical School, Department of    Physical    Medicine    and Rehabilitation, Boston, MA, April 15, 1997.

20.     Visiting Lecturer and Guest Surgeon, University of    Nottingham, Nottingham UK, May 8 - 9, 1997.

21.     Visiting Professor, XIV Congress Nacional de Ortopaedia y    Traumatologia,    Merida, Mexico, October 25 - 26, 1997.

22.     Visiting Lecturer and Guest Surgeon, University of    Nottingham,    Nottingham    UK, November 21 - 22, 1997.

23.     Visiting Lecturer and Guest Surgeon, 8th Arthroscopic & Open Bankart Procedure Course, Nottingham City Hospital, Nottingham, UK, November 20-21, 1998.

24.     Visiting Lecturer and Guest Surgeon, 9th Arthroscopic and Open Shoulder Stabilizstion Course, Nottingham City Hospital, Nottingham, U.K., November 5-6, 1999.

25.     Visiting Professor XV Congress Nacional de Ortopaedia y Traumatologia, Guadalajara, Mexico, November 10-15, 1999.

26.     Visiting Professor and Guest Surgeon, Israel Society Sports Medicine. International Symposium, Tel Aviv, Israel, March 28-30, 2000.

27.     Visiting Professor and Guest Surgeon. Mitek Shoulder and Elbow Symposium, Vienna, Austria, April 16-18, 2000.

28.     Visiting Professor, University of Istanbul Advanced Shoulder Arthroscopy Course, Istanbul, Turkey, May, 26, 2001.

29.     Guest Surgeon, Liverpool University Advanced Arthroscopy Course, Liverpool, UK, November 9-10, 2001.

30.     Visiting Professor, Sociedad Mexicana de Ortopedia XXVI Congreso Nacional, Mexico City, Mexico, April 30 – May 5, 2002.

31.   Visiting Professor, 7th Reunion de Traumatologia y Medicina de Deporte, Mexico City, Mexico, June 13-16, 2002.

32.   Guest Surgeon, Liverpool University Advanced Arthroscopy Course, Liverpool, UK, November 9-10, 2002.

33.   Visiting Professor and Guest Surgeon, Advanced Arthroscopy of the Shoulder Course, Royal Liverpool University Hospital, Liverpool, UK. November 20-22, 2003.

34.   Visiting Professor and Guest Surgeon, Advanced Arthroscopy of the Shoulder Course, Royal Edinburgh University Hospital, October 20-22, 2004.

35.   Visiting Professor and Guest Surgeon, Advanced Arthroscopy of the Shoulder Course, Royal Liverpool University Hospital, Liverpool, UK. December 10-12, 2004.

36.   Visiting Professor, 78th Annual Meeting of the Japanese Orthopaedic Association, Yokohama, Japan, May 12-15, 2005.

37.   Guest Surgeon, Soroka Medical Center, Be'er Shiva, Israel, April 4, 2006.

38.   Visiting Professor, International Symposium on Sports Medicine, Tel Aviv, Israel, April 5-7, 2006

39.   Visiting Professor, University of Michigan Department of Orthopedics, June 1, 2006

12.   RESEARCH SUPPORT:

Tissue Engineering Resource Center (TERC) funded
through a P41 grant by the NIH . Aug 15, 2004 - 2009.
Chair of the Clinical Review Board.  Member of Scientific Advisory Board

NIH R44 AR0491139   June 1, 2003-May 31, 2005
Engineered Anterior Cruciate Ligaments
PI- Gregory Altman, Ph.D. $894,000
JCR listed as co-investigator
JR = 5% of time
Goal is to evaluate effects of matrix stiffness on ligament development *in vivo* utilizing a goat model.
Institution: Tissue Regeneration, Inc.

NIH – R01 AR46563 - Mar 02 – Feb 06
Tissue Engineered Ligaments
PI -David Kaplan, Ph.D. $1,068,000
JCR listed as co-investigator
JR= 5% of time
The goal of this grant is to study collagen based matrices and the impact of mechanical forces on
human adult stem cell differentiation and ligament formation.
Institution: Tufts University

NIST ATP Proposal- $2,000,000. May 04-Dec 06.
Engineered Rotator Cuff Tendon
PI-Gregory Altman, Ph.D.
JCR listed as co-investigator
JR=10% of time from June 1, 2004 to Dec 31, 2006
Goal: to engineered silk-based rotator cuff tendon
Institution: Tissue Regeneration, Inc.

Richmond JC, Altman GF, and Re P: Bioengineering an ACL via Mechanical Tensions and
Torsions. Funded by the New England Medical Center, $50,000. (1999)

Re P, Altman GF, and Richmond JC: Bioengineering an ACL via Mechanical Tensions and
Torsions. Funded by Foundation for Sports Medicine Education and Research, $15,000. (1999)

Alman, B.A., von Deck, M.D., and Richmond, J.C.: Arthrofibrosis: Regulation and Proliferation of
Growth Factor Expression. Funded by the Arthroscopy Association of North America, $15,000.
(1995-1996)

Crandell, D.M., Richmond, J.C., and Lau, J., A critical Evaluation of the Treatment of Injuries of
the Anterior Cruciate Ligament Using Meta-Analysis and Decision Analysis.   Funded by
Foundation for Sports Medicine Education and Research, $8,000. (1993 - 1995)

Richmond, J.C. and Awbry, B.J., The use of plastic suture anchors in repair of ligament injuries in
dogs. Funded by Innovasive Corporation, $25,000. (1993)

Richmond, J.C., Investigation of HAL-S, Sodium Hyaluronite in human knee arthroscopy.  Funded
by Genzyme Corporation, $15,000. (1991-1994)

Richmond, J.C., Reduction in interarticular adhesions in the rabbit stifle with hyaluronic acid.
Funded by Genzyme Corporation, $22,000. (1990-1991.)

Richmond, J.C., Donaldson, W.R., Ferrone, J.D., The use of large absorbable sutures in repair of
ruptures of the tendo-achilles. Funded by Johnson and Johnson, Corp. $24,000. (1991-1994)

Richmond, J.C., The use of suture anchors in reattachment of capsulo-ligamentous tissue to bone in
dogs. Funded by Mitek Corporation, $25,000. (1987-1989.)

Richmond, J.C., Gambardella, P., Schelling, S., McGinty, J.B., and Schwartz, E., Histologic study of repair tissue following abrasion arthroplasty in dogs. Funded by Dyonics Corporation, $23,000. (1982-1984).

14. BIBLIOGRAPHY:

I. Published Articles in Refereed Journals

1.  Richmond, J.C., and Southmayd, W.W.: Superficial Anterior Transposition of the Ulnar Nerve at the Elbow for Ulnar Neuritis. Clin. Orthop. and Rel. Res., 164: 42-44, 1982.

2.  Richmond, J.C., and McGinty, J.B.: The Segmental Arthroscopic Resection of the Hypertrophic Mediopatellar Plica. Clin. Orthop. and Rel. Res., 178: 185-189, 1983.

3.  Richmond, J.C., Sarno, R.C.: Post Traumatic Intracapsular Bone Fragments: Association with Meniscal Tears. Amer. J. Radiology 150: 159-160, 1988.

4.  Richmond, J.C., Sarno, R.C.: Arthroscopic Treatment of Medial Meniscal Avulsion Fractures. Arthroscopy, 4: 117-120, 1988.

5.  Lukianov, A.V., Richmond, J.C., Barrett, G.R., Gilquist, J.:  A Multicenter Study on the Results of Anterior Cruciate Ligament Reconstruction using a Dacron Ligament Prosthesis in "Salvage" Cases. Am. J. Sports Med. 17: 380-386, 1989.

6.  Richmond, J.C., Donaldson, W.R., Fu, F.H., and Harner, C.D.:  Simplification of Bankart Reconstruction with Suture Anchor. Am J. Sports Med. 18:555, 1990.

7.  Richmond, J.C., Gladstone, J., and MacGillivray, J.:  Continuous Passive Motion after Arthroscopically Assisted Anterior Cruciate Ligament Reconstruction:  Comparison of Short-versus Long-Term Use. Arthroscopy, 7:39-44, 1991.

8.  Richmond, J.C. and Al Assal, M.:  Arthroscopic Management of Arthrofibrosis of the Knee, Including Infrapatellar Contraction Syndrome, Arthroscopy 7:144-147, 1991.

9.  Richmond, J.C., Donaldson, W.R., Fu, F.H., and Harner, C.D.:  Modification of the Bankart Reconstruction with a Suture Anchor:  Report of a New Technique:  Am J Sports Med. 19:343-346, 1991.

10. Richmond, J.C., Manseau, C.J., Patz, R. and McConville, O.R.:  A long-term  study: Anterior Cruciate Reconstruction Using a Dacron Ligament Prosthesis: A long-term Study. Am J Sports Med. 20: 24-28, 1992.

11. Wilk, R.M. and Richmond, J.C.:  Dacron Reconstruction in Chronic ACL Insufficiency: 5-year Follow-up.  Am J Sports Med. 21:374-380, 1993.

12.  Richmond, J.C., and Wolf, E.M. Reconstrugione di Bankart per via artroscopica mediante sutura ad ancora.  Artroscopia and Ginocchio 1: 45-51, 1993.

13.  McConville, O.R., Richmond, J.C., Kipnis, J.M., Rockett, S.E. and Michaud, M.J.: The Effect of Meniscal Status on Knee Stability and Function Following Anterior Cruciate Ligament Reconstruction, Arthroscopy. 9:431-439, 1993.

14.  Levine, W.N., Richmond, J.C. and Donaldson, W.R.: The Use of the Suture Anchor in Open Bankart Reconstruction: A Follow-Up Report. Am J Sports Med: 22:723-726, 1994.

15.  Rosenberg, B.N., Richmond, J.C. and Levine, W.N.: Long-Term Follow -Up of the Bankart Procedure, The Incidence of Late Degenerative Glenohumeral Arthrosis. Am J Sports Med: 23:538-544, 1995.

16.  Nabors, E.D., Richmond, J.C., Vannah, W.M. and McConville, O.R.: ACL Graft Tensioning in Full Extension. Am J Sports Med: 23:488-492, 1995.

17.  Shapiro, E.T., Richmond, J.C., Rockett, S.E., Mc Grath, M.M., and Donaldson, W.R.: The Use of a Patient-Based Health Assessment for Evaluation of ACL Patients.  Am J Sports Med: 24:196-200, 1996.

18.  Richmond, J.C.  The Role of the Team Physician in Sudden Cardiac Death.  BUMC Proceedings 1997; 10 (2): 73-74.

19.  Koss, S, Richmond, J.C., and Woodward, JS:  Two to Five Year Follow-up of Arthroscopic Bankart Reconstruction Using a Suture Anchor Technique.  Am J Sports Med: 25:809-812, 1997.

20.  Blecher AM, and Richmond JC: Case Report: Transient Laxity of an Anterior Cruciate Ligament Reconstructed Knee Related to Pregnancy. Arthroscopy: J Arth & Rel Surg:14(1) (Jan-Feb):77-79, 1998.

21.  Mintzner CM, Richmond JC, and Taylor J: Meniscal Repair in the Adolescent Population. Am J Sports Med. 26(5):630-633, 1998.

22.  Kailes SB and Richmond JC: Arthroscopic versus open Bankart reconstruction: A comparison using expected value decision analysis (abstract). Arthroscopy 14: 428-429, 1998.

23.  Rath E, Richmond JC: The menisci: Basic science and advances in treatment. British Journal of Sports Medicine 34:252-257, 2000.

24.  Yunes M, Richmond JC, Engels EA, et al: Patellar tendon versus hamstring tendons in ACL reconstruction: a meta-analysis. Arthroscopy 17: 248-257, 2001.

25.  Rath E, and Richmond JC: Capsular Disruption as a Complication of Thermal Alteration of the Glenohumeral Capsule. Arthroscopy 17: E10-E10, 2001.

26.  Iannotti S, Goldberg MJ, and Richmond JC: Subcutaneous Migration of Bioabsorbable Meniscal Arrows. Am J Knee Surgery 14: 122-124, 2001

27. Richmond JC: A Comparison of Ultrasonic Welding of Sutures with Traditional Knot Tying. Am J Sports Med. 29: 297-299, 2001.

28. Ehud R, Richmond JC, Yassir W, Albright JD, Gundogan F: Meniscal Allograft Transplantation: Two- to Eight-Year Results. Am J Sports Med. 29: 410-414, 2001.

29. Kailes SB, Richmond JC: Arthroscopic vs. open Bankart reconstruction: a comparison using expected value decision analysis. Knee Surg Sports Traumatol Art, 9:379-385, 2001.

30. Irrgang JJ, Anderson AF, Boland AL, Harner CD, Kurosaka M, Neyret P, Richmond JC, Shelborne KD. Development and validation of the International Knee Documentation Committee subjective knee form. Am J Sports Med, 29: 600-613, 2001.

31. Wu WH, Hackett T, Richmond JC. The effect of meniscal status on knee stability and function after anterior cruciate ligament reconstruction: A long-term prospective study. Am J Sports Med 30: 845-850, 2002.

32. Lin BY, Richmond JC, Spector M. Contractile actin expression in torn human menisci. Wound Repair and Regen 10: 259-266, 2002.

33. Altman GH, Horan RL, Martin I, Farhadi J, Stark PR, Volloch V, Richmond JC, Vunjak-Novakovic G, Kaplan DL. Cell differentiation by mechanical stress. Federation of American Societies for Exp Bio Journal 16(2): 270-2, 2002.

34. Altman, G.H., Stark, P., Lu, H., Horan, R.L., Vunjak-Novakovic, G., Kaplan, D. L.. Advanced Bioreactor with Multi-Dimensional Strain Capability For Ligament Tissue Engineering. J Biomech Eng. 2002 Dec;124(6):742-9.

35. Altman, G.H., Horan, R.L., Lu, H., Moreau, J., Martin, I., Richmond, J. C., Kaplan, D. L. Silk Matrix for Tissue Engineered Anterior Cruciate Ligaments. *Biomaterials* 2002 23: 4131-4141

36. Altman GH, Diaz F, Jakuba C, Calabro T, Horan RL, Chen J, Lu H, Richmond J, Kaplan DL. Silk_based biomaterials. J Biomaterials 24: 401-416, 2003.

37. Frostick SP, Sinopidis C, Maskari SA, Gibson J, Kemp GJ, Richmond JC. Arthroscopic capsular shrinkage of the shoulder for the treatment of multidirectional instability – minimum 2 year follow-up. Arthroscopy 19: 227-233, 2003.

38. Johanson NA, Liang MH, Daltroy L, Rudicel S, Richmond J. AAOS Lower Limb Outcomes Assessment Instruments – Reliability, Validity and Sensitivity to Change. Journal of Bone and Joint Surgery 86:902-909, 2004.

39. Encalada I, Richmond JC. Osteonecrosis after arthroscopic meniscectomy using radiofrequency. Arthroscopy 20: 632-636, 2004.

40. Bramono DS, Richmond JC, Weitzel PP, et al. Matrix metalloproteinases and their clinical applications in orthopedics. CORR 428: 272-285, 2004.

41. Moreau JE, Chen J, Bramono DS, Volloch V, Chernoff H, Vunjak-Novakovic G, Richmond JC, Kaplan DL, Altman GH. Growth factor induced fibroblast differentiation from human bone marrow stromal cells in vitro. J Orthop Res. 2005 Jan;23(1):164-74.

42. Doughty KS, Richmond JC. Arthroscopic findings in the knee in nail-patella syndrome: A case report. Arthroscopy 21:e-1, 2005.

43. Goldblatt JP, Fitzsimmons SE, Balk E, Richmond JC. Reconstruction of the Anterior Cruciate Ligament: Meta-analysis of Patellar Tendon versus Hamstring Tendon Autograft. Arthroscopy 21: 791-803, 2005.

44. Bramono DS, Richmond JC, Weitzel PP, Chernoff H, Martin I, Volloch V, Jakuba CM, Gandhi JS, Kaplan DL, Altman GH. Characterization of transcript levels for matrix molecules and proteases in ruptured human anterior cruciate ligaments. Connect Tissue Res. 2005;46(1):53-65.

45. Anderson AF, Irrgang JJ, Kocher MS, Mann BJ, Harrast JJ, Members of the International Knee Documentation Committee. The International Knee Documentation Committee Subjective Knee Evaluation Form: Normative Data. Am. J. Sports Med., Jan 2006; 34: 128 - 135.

46. Re P, Gallo RA, Richmond JC. Transhumeral Head Plasty for Large Hill-Sachs Lesions, Technical Note. Arthroscopy 22(7): 798 e1-4, 2006.

II. Refereed Journal Articles Accepted for Publication

1. Raffo CS, Pizzarello P, Richmond JC, Pathare N. Reproducible Landmark for the Tibial Tunnel Origin in ACL Reconstruction: Avoiding a Vertical Graft, Technical Note. Arthroscopy (in press)

Articles Published in Non-Refereed Journals

1.     Richmond, J.C., Kazes, J.A., and MacAusland, W.R., Jr.: An Evaluation of Three Current Techniques of Internal Fixation for Intertrochanteric and Subtrochanteric Fractures of the Hip. Orthopaedics, 4: 895-898, 1981.

2.     Valdez, H., Richmond, J.C., Wain, L., and Fackleman, G.: Operative Arthroscopy in the Horse. Equine Practice, 5; No. 3: 33-42, 1983.

3.     Marotta, J.J., and Richmond, J.C.: Arteriovenous Fistula Development After Posterior Compartment Fasciotomy. Physician Sportsmed., 16: 55-60, 1988.

4.     Wolf, E., Wilk, R. and Richmond, J.C.: Arthroscopic Shoulder Stabilization Techniques with a Suture Anchor. Techniques on Orthopaedics, Operative Techniques in Orthopaedics 1:184-191, 1991.

5.     Richmond, J.C.: Diagnosis and Treatment of Knee Injuries. Surgical Rounds, 15:319-326, 1992.

6.     Sigman, S.A. and Richmond, J.C.:  Office Diagnosis of Shoulder Disorders.  Physician Sports Med. 23: 25-31, 1995.

7.     Richmond JC. Complications associated with the treatment of the multiligament-injured/dislocated knee. Sports Med Arthroscopy Rev 9:255-260, 2001.

8.     Weitzel P, Richmond JC, Altman GH, Calabro T, and Kaplan DL: Future direction of the treatment of ACL ruptures. Orthop Clin N Am 33:653-661, 2002.

9.     Weitzel P, Richmond JC: Critical evaluation of different scoring systems of the knee. Sports Med Arthroscopy Rev 10:183-190, 2002.

10.    Gladstone JN, Azar FM, Bach BR, Fritschy D, and Richmond JC: Expert panel on anterior cruciate ligament case studies. Orthop Clin N Am 34: 183-202, 2003.

11.    Richmond JC: Future Directions in Meniscus Surgery. Sports Med Arthroscopy Rev. Vol. 12, Number 1. pp 83-88, 2004.

12.    Raffo CS, Richmond JC: Hamstring anterior cruciate ligament reconstruction with rigid, 360°, near-aperture fixation. Tech in Ortho 20(3):249-253, 2005

III. Chapters, Books and Monographs

France, E.P., Richmond, J.C., and Paulos L.E.: Soft Tissue Fixation About The Shoulder in OPERATIVE TECHNIQUES IN SHOULDER SURGERY, Paulos, L.E. and Tibone J.E. ed. Aspen Publishers, Gaithersburgh, MD, pp. 161-167. 1991.

Richmond, J.C. and Shahady, E.J ed. Primary Care Sports Medicine Blackwell Scientific, Cambridge, MA. 1995.

Richmond, J.C.: The Use of Generic Health Status Measures in the Assessment of the Anterior Cruciate Ligament Injured Patient in Project Focus '96 The Conference On Sports Related Injury. The Foundation for Physical Therapy, Alexandria, VA. pp. 5-7, 1996.

Richmond, J.C.: Member Editorial Board, ORTHOPAEDIC KNOWLEDGE UPDATE 5. Kasser, J.R. ed. American Academy of Orthopaedic Surgeons, Rosemont IL. 1996.

Richmond JC: The role of the team physician in prevention of sudden cardiac death: the orthopaedist's perspective in Sudden Cardiac Death in the Athlete, Estes NAM III, Salem DN, and Wang PJ ed. Futura Publishing, Armonk, NY. Pp 561-566, 1998.

Richmond, J.C.: Contributing author. ORTHOPAEDIC KNOWLEDGE UPDATE 6. Beaty, J.H., ed. American Academy of Orthopaedic Surgeons, Rosemont, IL. 1999.

Richmond JC: Outcomes Measurement in ORTHOPAEDIC SPORTS MEDICINE KNOWLEDGE UPDATE 2. Arendt EA, ed. American Academy of Orthopaedic Surgeons, Rosemont IL pp 3-10, 1999.

Richmond, JC: Arthrofibrosis following knee surgery (open/arthroscopic) in Knee Surgery: Complications, Pitfalls, and Salvage, Malek MM, Fanelli G, Johnson D, and Johnson, D ed. Springer-Verlag, NY, pp 450-460, 2001.

Donaldson WR, DiGiulio M, Richmond JC: How reliable is the physical examination in the diagnosis of sports related knee injuries? Evidenced-based Sports Medicine. BMJ Books, pp 371-389, 2002.

McGinty JB, Burkhart SS, Jackson RW, Johnson DH, and Richmond JC, ed: Operative Arthroscopy, 3rd Edition. Lippincott Williams & Wilkins, Philadelphia, PA. 2003

Richmond JC: Complications Associated With Treatment in The Multiple Ligament Injured Knee, G.C. Fanelli, ed., Springer-Verlag, NY, pp 217-225. 2004

Richmond JC, guest ed. Complications in Knee Surgery. Sports Med Arthro Rev 12:3:147-208, 2004.

Richmond JC and Encalada-Diaz I: Meniscal Injury in <u>Clinical Sports Medicine</u>, Johnson DL and Mair SD, ed., Mosby Elsevier, PA, pp 495-504. 2006.

Moutzouros V, Richmond JC: Anterior Cruciate Ligament Reconstruction. <u>The Evidence for Orthopaedic Surgery. tmf Publishiing</u>, pp 245-256, 2007.

15. SCIENTIFIC EXHIBITS, POSTERS, AND VIDEO PRESENTATIONS:

Richmond, J.C., Gambardella, P., Schelling, S., McGinty, J.B. and Schwartz, E.: A Canine Model of Osteoarthritis with Histologic Study of Repair Tissue Following Abrasion Arthroplasty. Orthopaedic Research Society, January, 1985.

Richmond, J.C. and Al Assal, M.: Arthroscopic Management of Arthrofibrosis of the Knee. Video Journal of Arthroscopy 2: #3, 1990.

Richmond, J.C., Donaldson, W.R., Fu, F.H. and Harner, C.:
"Technical Improvement: Simplification of Bankart Reconstruction with Suture Anchor." Poster Exhibit. American Academy of Orthopaedic Surgeons Annual Meeting, February, 1990.

Kipnis, J.M., Richmond, J.C., Rockett, S., Michaud, M. and McConville, O.R.: "The Effect of Meniscal Status on Stability of the Knee After Anterior Cruciate Ligament Reconstruction." Poster Exhibit. American Academy of Orthopaedic Surgeons Annual Meeting, Washington D.C., February 21, 1992.

Richmond, J.C. Wilk, R.M.: "Reduction of Intraarticular Adhesions and Preservation of Joint Motion with a Modified Form of Hyaluronic Acid (H.A.): A Study in Rabbits." Poster Exhibit. American Academy of Orthopaedic Surgeons Annual Meeting Washington D.C., February 24, 1992.

Zuckerman, J.D., Spivak, J.M., Richmond, J.C. et al. "Anterior Shoulder Repairs Using a Suture-to-Bone Anchor: Description of Technique and Clinical Results". Scientific Exhibit, American Academy of Orthopaedic Surgeons Annual Meeting, Anaheim, CA, February, 1991.

Vannah, W.M., Harris, J.M., Solomon, C.G., Richmond, J.C. and Ferguson, A.A. "A Technique for Directly Observing the Internal Deformation of Articular Cartilage IN VITRO. Poster Exhibit Orthopaedic Research Society 40th Annual Meeting, New Orleans, LA, February 21-24, 1994.

Richmond, J.C. and Rudicel, S, Modified Chrisman-Snook Lateral Ankle Reconstruction. American Academy of Orthopaedic Surgeons Summer Institute, Boston MA, September 1995.

Koss, S, Richmond, J.C., and Woodward, J.S.: Two to five year follow-up of Arthroscopic Bankart reconstruction using a suture anchor technique. 2nd World Congress on Sports Trauma/ AOSSM Annual Meeting. Orlando FL. June 16-20, 1996.

Richmond, JC and Kailes, SB: Arthroscopic vs. open Bankart recons-
truction: A comparison using expected value decision analysis. American Orthopaedic Association 112th Annual Meeting, June 5-8, 1999. Sun Valley, ID.

Sinopidis, C, Markari, SA, Frostic, S, and Richmond, JC: Arthroscopic capsular shrinkage of the shoulder - 2 year follow-up. American Academy of Orthopaedic Surgeons 67th Annual Meeting, March 15-19, 2000. Orlando, FL.

Yassir, W, Richmond, JC, Albright, J: Cytokine expression in torn allograft, torn native, and normal human knee meniscus. International Cartilage Repair Society 2000 Meeting, April 27-29, 2000. Gothenburg, Sweden.

Rath E, Richmond JC: Clinical signs and anatomic correlation of patellar tendinitis. ISAKOS 2001, May 14-18, 2001, Montreux, Switzerland.

Rath E, Richmond JC. Meniscal allograft transplantation: Outcomes following re-tears. ISAKOS, May 17, 2001, Montreux, Switzerland.

Wu WH, Hackett T, Richmond JC: The effect of meniscal status on knee stability and function after anterior cruciate ligament reconstruction: Long-term prospective study. AOSSM 27th Annual Meeting, June 29 – July 1, 2001, Keystone, CO

Wu WH, Hackett T, Richmond JC: The effect of meniscal status on knee stability and function after anterior cruciate ligament reconstruction: Long-term prospective study. AAOS Annual Meeting, February 13-17, 2002.

Altman, G.H., Chen, J., Horan, R.L., Moreau, J.E., Collette, A.L., Volloch, V., Richmond, J., Vunjak-Novakovic, G., Kaplan, D. Tissue Engineered Anterior Cruciate Ligament. Orthopaedic Research Society 49th Annual Meeting. (2003).

Horan, R.L., Altman, G.H., Collette, A.L., Antle, K.A., Wang, Y., Chen, J., Volloch, V., Richmond, J., Kaplan, D. In Vitro Degradation of Silk Fiber Matrices for Ligament Engineering. Orthopaedic Research Society 49th Annual Meeting. (2003).

Chen, J., Altman, G.H., Volloch, V., Karageorgiou, V., Horan, R.L., O'Rourke, J., Moreau, J., Collette, A.L., Kaplan, D. Human Bone Marrow Stromal Cell Response on RGD-Modified Silk Fibers. Orthopaedic Research Society 49th Annual Meeting. (2003).

Nguyen BH, Richmond JC, Hedegaard HP. Severe Skiing and Snowboarding Injury: Results from the Colorado Trauma Registry. AAOS Annual Meeting, San Francisco, CA, March10-14, 2004.

Pizzarello P, Raffo C, Pathare N, Richmond J. Reproducible Landmark for the Tibial Tunnel Origin in ACL Reconstruction: Avoiding a Vertical Graft. AAOS Annual Meeting, Chicago, IL, March 22-26, 2006.

16. PRESENTATIONS:

Valdez, H., Richmond, J.C. and Wain, L.: The Use of Arthroscopy in the Examination and Surgery of Equine Joints. American Association of Equine Practitioners, November, 1981.

Richmond, J.C. and McGinty, J.B.: The Segmental Arthroscopic Resection of the Hypertrophic Mediopatellar Plica. American Academy of Orthopaedic Surgeons, January, 1982.

Valdez, H., Richmond, J.C. and Wain, L.: Surgical Arthroscopy of the Equine Carpus. American College of Veterinary Surgeons, February, 1982.

Richmond, J.C.: Pharmacology in Sports Medicine. New England Council of Hospital Pharmacists, March, 1983.

Richmond, J.C.: Emergency Treatment of Athletic Injuries. New England Association for Emergency Room Nurses, May, 1984.

Richmond, J.C.: The Experimental Basis for the Use of Dacron in the Treatment of Chronic Ligamentous Instability of the Knee. University of Munich Conference on Prosthetic Knee Ligaments, May, 1984.

Richmond, J.C., Gambardella, P., Schelling, S., McGinty, J.B. and Schwartz, E.: A Canine Model of Osteoarthritis with Histologic Study of Repair Tissue Following Abrasion Arthroplasty. Arthroscopic Association of North America, April, 1985.

Richmond, J.C.: The Role of Arthroscopy in the Treatment of Arthritis. New England Rheumatism Society, May, 1985.

Richmond, J.C.: Early Clinical Experience with a Dacron Anterior Cruciate Ligament Prosthesis. New England Orthopaedic Society, June, 1985.

Merkow, S., Zimbler, S., Richmond, J.C. and Kamel, E.: Results of Open Lateral Retinacular Release Versus Closed Lateral Release. New England Orthopaedic Society, November, 1985.

Richmond, J.C.: The Clinical Evaluation of Anterior Knee Pain. American Association of Physicians Assistants, May, 1986.

Richmond, J.C.: Surgical Technique in Posterior Cruciate Ligament Reconstruction. Australian Orthopaedic Society Postgraduate Sports Medicine Symposium, June, 1986.

Richmond, J.C.: Prosthetics in Anterior Cruciate Ligament Reconstruction. The Rhode Island Hospital, Guest Lecturer, June, 1986.

Richmond, J.C.: Current Materials and Techniques in Anterior Cruciate Ligament Reconstruction. Mexican Institute of Science and Technology in Orthopaedics and Traumatology. Second Congress on Arthroscopic and Knee Surgery, April, 1987.

Richmond, J.C.: Bony Avulsion of the Medial Meniscus. New England Orthopaedic Society, June, 1987.

Richmond, J.C.: The Evaluation and Treatment of Acute Knee Injuries. University of North Carolina 2nd Annual Sports Medicine Conference, December, 1987.

Lukianov, A., Richmond, J.C., Barrett, G. and Gillquist, J.: A Multicenter Study on the Results of Anterior Cruciate Ligament Reconstruction Using a Dacron Ligament Prosthesis in Salvage Cases. American Orthopaedic Society for Sports Medicine Interim Meeting, February, 1988.

Richmond, J.C.: Emergency Evaluation of Sports Injuries. Middlesex County E.M.T.'s, August, 1988 (Concord, MA).

Richmond, J.C.: Overuse Injuries of the Lower Extremities. Hinsdale Hospital Grand Rounds, Hinsdale, IL, October, 1988.

Richmond, J.C., Visiting Professor, 3rd Annual Meeting, Mexican Arthroscopy Association, Juarez, Mexico, November, 1988. The following lectures were delivered:

1. Techniques of Ankle Arthroscopy.
2. Arthroscopic Treatment of Osteochondritis Dissecans of the Knee.
3. Isometry in Anterior Cruciate Ligament Reconstruction.
4. The Relation of the Notch to Anterior Cruciate Ligament Injury and Surgery.
5. Graft Selection in Anterior Cruciate Ligament Surgery.
6. Rehabilitation Following A.C.L. Reconstruction.
7. New Technique for Bankart Reconstruction.

Richmond, J.C.: Evaluation and Treatment of Acute Knee Injuries. University of North Carolina 3rd Annual Sports Medicine Conference, December, 1988.

Richmond, J.C.: Arthroscopically-Assisted Reconstruction of the Anterior Cruciate Ligament. Tri-County Orthopaedic Club (N.Y./N.J.) March, 1989.

Richmond, J.C.: Preparticipation Assessment in High School and College Athletes. Massachusetts Academy of Family Physicians Annual Meeting, June, 1989.

Richmond, J.C.: 1) Arthroscopic repair of meniscus and anterior cruciate ligament.    2) Multidirectional instability of the shoulder. American Academy of Orthopaedic Surgeons Course, Current Concepts in Trauma and Sports Injuries, November, 1989.

Richmond, J.C.: 1) Evaluation and Treatment of Ankle Injuries; 2) Injuries to knee ligaments and menisci. University of North Carolina 4th Annual Sports Medicine Conference, December, 1989.

Richmond, J.C.: The Anterior Cruciate Ligament, Arthroscopic Treatment. Eastern Athletic Trainers Association Annual Meeting, January, 1990.

Richmond, J.C.: 1) The Diagnosis and Treatment of Athletic Injuries of the Hand and Wrist. 2) Overuse Injuries of The Leg in Sports. Fourth Annual Conference on Exercise Sciences and Sports Medicine, University of Puerto Rico School of Medicine, March 1990.

Richmond, J.C.: Sports Injuries in the Mature Athlete. Lawrence Memorial Hospital, Twelfth Annual William N. Lanigan M.D. Lecture, May 1990.

Richmond, J.C., Donaldson, W.R., Fu F.H., Harner, C: Simplification of the Bankart Reconstruction with a Suture Anchor. American Orthopaedic Society for Sports Medicine, 16th Annual Meeting, Sun Valley, Idaho, July, 1990.

Richmond, J.C.: 1) Arthroscopic Treatment of Fibroarthrosis: 2) Surgical Treatment of PCL Insufficiency. Boston Children's Hospital Course, Knee Injuries in the Athlete: Current Concepts Workshop, August, 1990.

Richmond, J.C., Donaldson, W.R., Fu, F.H. and Harner, C.: Modification of the Bankart Reconstruction with a Suture Anchor. European Society for Surgery of the Shoulder and Elbow 4th Congress, Milan, Italy, October 1990.

Richmond, J.C.: Office Taping and Splinting Techniques. Workshop. American Academy of Pediatrics Annual Meeting, Boston, MA, October 1990.

Richmond, J.C. and Assal M.A.: Arthroscopic Management of Arthrofibrosis of the Knee, Including Infrapatellar Contraction Syndrome. New England Orthopaedic Society Annual Meeting, Boston, MA, November, 1990.

Richmond, J.C.: 1) Evaluation and Treatment of Collateral Ligament and Cartilage Injuries to the Knee. 2) Injuries to the Anterior Cruciate Ligament. University of North Carolina 5th Annual Sports Medicine Conference, Chapel Hill, December, 1990.

Richmond, J.C.: 1) Assessment of the Unstable Shoulder 2) Surgical Management of Glenohumeral Instability. Mitek Labral Repairs. 4th Annual Panther Sports Medicine Symposium, Pittsburgh, December 1990.

Richmond, J.C.: Athletic Injuries, The Current Epidemic. Arthritis Foundation Symposium, Waterville Valley, NH, January, 1991.

Richmond, J.C., Gladstone, J. and Mac Gillivray, J.: A Comparison of Short-Term versus Long-Term use of Continuous Passive Motion After ACL Reconstruction. American Orthopaedic Society for Sports Medicine, Specialty Day AAOS Meeting, Anaheim, CA, March 1991.

Wilk, R.M, and Richmond, J.C.: Dacron Ligament Reconstruction for Chronic ACL Insufficiency. American Orthopaedic Society for Sports Medicine, 17th Annual Meeting, Orlando, Florida, July 1991.

Richmond, J.C., Visiting Professor, 33rd Annual Seminar Mexican Academy of Surgery, Veracruz, Mexico, September 23, 1991.

1. Basic Techniques of Shoulder Arthroscopy.
2. Arthroscopic Subacromial Decompression.
3. Basic Techniques of Elbow Arthroscopy.
4. Arthroscopic Stabilization of the Glenohumeral Joint.
5. Arthroscopically Assisted Anterior Cruciate Ligament Reconstruction.
6. Osteoarthritis of the Knee, The Arthroscopist's View.

Richmond, J.C.: 1) Arthroscopic Suture Anchor Stabilization of the Unstable Shoulder. 2. Arthroscopic Treatment of Arthrofibrosis. Advances in International Arthroscopy: Munich, Germany September 26-28, 1991.

Richmond, J.C.: The Essential Student-Athletic Heath Care System. Mass Interscholastic Athletic Association Sports Injury Symposium, Waltham, MA, December 4, 1991.

Wilk, R.M. and Richmond, J.C.: Dacron Reconstruction in Chronic ACL Insufficiency: 5 year Follow-up. American Academy of Orthopaedic Surgeons Annual Meeting, Washington D.C., February 21, 1992.

McConville, O.R., Richmond, J.C., Kipnis, J.M., Rockett, S.E. and Michaud, M.D.: The Effect of Meniscal Status on Knee Stability and Function following Anterior Cruciate Ligament Reconstruction. Arthroscopy Association of North America Annual Meeting, Boston, MA, April 25, 1992.

McConville, O.R., Richmond, J.C., Kipnis, J.M., Rockett, S.E. and Michaud, M.J.: The Effect of Meniscal Status on Knee Stability and Function Following Anterior Cruciate Ligament Reconstruction. American College of Sports Medicine, Annual Meeting, Dallas Texas, May 27, 1992.

Kipnis, J.M., Richmond, J.D., McConville, O.R., Rockett, S.E. Michaud, M.J.: The Effect of Meniscus Status on the Outcome of Anterior Cruciate Ligament Reconstruction. New England Orthopedic Society, Annual Spring Meeting, Woodstock VT, May 31, 1992.

Kipnis, J.M., Richmond, J.C. and McConville, O.R.: Assessment of the International Knee Documentation Committee Standard Ligament Evaluation Form. American Orthopaedic Society for Sports Medicine, Annual Meeting, San Diego, CA July 6, 1992.

Kipnis, J.M., Richmond, J.C. and McConville, O.R.: The Effect of Meniscal Status on the Outcome of Anterior Cruciate Ligament Reconstruction. International Arthroscopy Association Congress, Barcelona, Spain, July 22, 1992.

Richmond, J.C., Visiting Professor, Combined Congress Mexican Association of Orthopaedic and Traumatology and the Mexican Association of Knee Surgery and Arthroscopy. Guadalajara, Mexico, September 11-15, 1992:

1. Injuries to the Posterior Cruciate Ligament and Posterolateral Complex.
2. Revision Arthroscopic Surgery for Failed Anterior Cruciate Ligament Reconstruction.
3. Arthroscopic Meniscal Repair.
4. The Status of Meniscal Allografts.

Richmond, J.C., Visiting Professor, Mexican Academy of Surgery, 4th Annual Meeting, Mexico City, Mexico, September 20-22, 1992:

1. Inside-out Arthroscopic Meniscal Repair.
2. Treatment of Angular Deformities of the Knee.
3. Treatment and Rehabilitation of Chronic Injuries of the Anterior Cruciate Ligament.
4. The Treatment of Osteochondritis Dissecans of the Knee.
5. Arthroscopy under Local Anesthesia.

Richmond, J.C. Treatment of Anterior Cruciate Ligament Injuries. Nile Badrour Hospital, Cairo, Egypt, October 5, 1992.

Richmond, J.C. Visiting Professor, Alexandria International Orthopaedic Congress of Egyptian Orthopaedic Society, Alexandria, Egypt, November 7-8, 1992.

1. Techniques of Meniscal Suture.
2. Shoulder Arthroscopy.
3. Injuries of the Anterior Cruciate Ligament.

Richmond, J.C.: Knee-Ligamentous Injury-Biomechanics, When to Consider Arthroscopy. University of North Carolina 7th Annual Sports Medicine Conference, Research Triangle Park, NC, December 4, 1992.

Richmond, J.C.: Sports Medicine for the Internist, Shoulder Injuries. American College of Physicians 74th Annual Meeting, April 1-2, 1993.

Rosenberg, B.N., Richmond, J.C., and Levine, W.N.: Long Term Follow-Up of Bankart Reconstruction: Incidence of Late Degenerative Glenohumeral Arthrosis. American Orthopaedic Society for Sports Medicine, 19th Annual Meeting, Sun Valley, ID, July 12, 1993.

Nabors, E.D., Richmond, J.C., Vannah, W.M. and McConville, O.R.: ACL Graft Tensioning in Full Extension. American Orthopaedic Society for Sports Medicine, 19th Annual Meeting, Sun Valley, ID, July 15, 1993.

Richmond, J.C.: Visiting Professor, New Jeddah Clinic Hospital Arthroscopy Congress, Jeddah, Saudi Arabia, November 19-21, 1993.

    1.    Arthroscopic Meniscal Repair.
    2.    Techniques in Anterior Cruciate Ligament Reconstruction.
    3.    Shoulder Arthroscopy Basic Techniques.
    4.    Arthroscopic Subacromial Decompression.
    5.    Suture Anchors in Repair of Ligamentous Injury of the Shoulder.

Richmond, J.C.: Knee-Ligamentous Injury: Short- and Long-Term Issues. University of North Carolina 8th Annual Sports Medicine Conference. Research Triangle Park, NC. December 3, 1993.

Richmond, J.C.: Arthroscopic Bankart Repair for Recurrent Shoulder Instability.  Boston Orthopaedic Club. Waltham, MA. March 07, 1994.

Richmond, J.C.: The Use of Suture Anchors in Shoulder Surgery.  Maine Society of Orthopaedic Surgeons.  Sugarloaf, ME. March 12, 1994.

Richmond. J.C.: Evaluation and Management of Acute Shoulder Injuries. Braintree Hospital Clinical Congress. Randolph, MA. April 10, 1994.

Goldberg, M.J., Mc Grath, M.M., Richmond, J.C., Donaldson, W.R., Ferrone, J.D.:  Use of a Patient-Based Health Assessment for Evaluating Knee Disorders.  American Orthopaedic Association 107th Annual Meeting. Sun Valley, ID. June 08, 1994.

Richmond, J.C.: Visiting Professor University of Guadalajara, Mexico.  June 16 & 17, 1994.

    1. Arthroscopy of the Ankle
    2. Treatment of Osteochondral Lesions of the Talus
    3. Stress fractures of the foot and ankle

Shapiro, E.T., Richmond, J.C., Rockett, S.E., Mc Grath, M.M., and Donaldson, W.R.: Use of a Patient- Based Health Assessment for the Evaluation of ACL Patients.  American Orthopaedic Society for Sports Medicine, 20th Annual Meeting.  Palm Desert, CA. June 28, 1994.

Crandell, D.M., Richmond, J.C., Lau, J. and Shapiro, E.T.: A Meta-Analysis of the Treatment of Injuries of the Anterior Cruciate Ligament.  American Orthopaedic Society for Sports Medicine, 20th Annual Meeting.  Palm Desert, CA.  June 28, 1994.

Richmond, J.C., Visiting Professor AMOT, Guadalajara, Mexico: September 15-17, 1994.

    1.    Arthroscopic Meniscal Repair
    2.    Instructional course meniscal repair techniques.
    3.    Arthroscopic treatment of ACL/PCL injuries.

Richmond, J.C:  Office Assessment of Shoulder and Knee Injuries.  Primary Care Conference. Philadelphia, PA  1995

Mayor, R.B., Richmond, J.C., Rogers, W.H., and Roos, N:  Measurement of Functional Outcome of Anterior Cruciate Ligament Reconstruction Surgery.  An Analysis of Rating Scales. AOSSM, 21st Annual Meeting.  Toronto, Canada, July 17, 1995.

Richmond, J.C., Mayor, R.B., Crandell, D.M., and Lau, J:  The Application of Expected Value Decision Analysis to ACL Injured Patients.  AOSSM, 21st Annual Meeting, Toronto, Canada, July 17, 1995.

Richmond, J.C:  Faculty AAOS Summer Institute Boston, MA, September 11-13, 1995.

        1.     Arthroscopic methods of patella tendon graft fixation in ACL surgery.
        2.     Laboratory instruction arthroscopic meniscal. repair.
        3.     Rehabilitation following ACL reconstruction.
        4.     Laboratory instruction ACL reconstruction.
        5.     The modified Chrisman-Snook lateral ankle reconstruction.

Richmond, J.C:  Meniscal allograft replacement.  New England Bone & Joint Institute, Brookline, MA, September 11-12, 1995.

Richmond, J.C:  Office assessment of Function outcomes following ACL reconstructive surgery, selection of rating scales.  AAOS Outcomes Course, San Diego, CA, September 30, 1995.

Richmond J.C:  13th AMOT National Congress, Tijuana Mexico, October 27-30, 1995.

        1.     Instructional Course:  Bone-patella tendon-bone reconstruction for the ACL injured patient.
        2.     Instructional Course: Treatment of impingement syndrome of the shoulder.
        3.     Instructional Course:  Meniscal repair, indications.
        4.     Meniscal repair:  indications, technique, results.
        5.     Management of ACL injuries.

Richmond, J.C: The arthroscopic Bankart reconstruction, indications and technique.  University of Nottingham, Nottingham UK, November 10-11, 1995.

Richmond, J.C.: The application of decision analysis to the ACL injured patient.  Combine Orthopaedic Grand Rounds, Beth Israel, Brigham and Women's and Children's Hospitals, Boston, MA, November 29, 1995.

Richmond, J.C.: The shoulder in sports, rehabilitation techniques. Hand Therapy Special Interest Group. Wellesley, MA. December 7, 1995.

Richmond, J.C.: Methodology for assessing outcomes in Sports Medicine. Foundation for Physical Therapy Project Focus 96, Peachtree City, GA. February 2, 1996.

Mayor R.B., Richmond, J.C., Rogers W.H., and Roos, N: Measurement of functional outcome of anterior cruciate ligament surgery: An analysis of rating scales. American Academy of Orthopaedic Surgeons Annual Meeting, Atlanta, GA, February 22, 1996.

Richmond, J.C.: Sports injury prevention and treatment. Massachusetts Association of Health, Physical Education, and Dance Annual Meeting, Marlborough, MA, March 15, 1996.

Richmond, J.C.: Evaluation and treatment of sports injuries by the primary care physician. New England Medical Center Medical Grand Rounds, Boston, MA, March 22, 1996.

Richmond, J.C, Alman, B.A., and Von Deck, M.D.: Growth factor expression in Arthrofibrosis. Arthroscopy Association of North America Annual Meeting, Washington DC, April 14, 1996.

Richmond, J.C., Mayor, R.B., Cradell, D.M., and Lau J.: The application of expected value decision analysis to ACL injured patients. American Orthopaedic Association Annual Meeting, Colorado Springs, CO, June 10, 1996.

Richmond, J.C.: Boston University School of Medicine Sports Medicine Update 1996. Chatham, MA, July 22-23, 1996.

1. The ACL injured patient: to reconstruct or not.
2. Meniscal allografts, current concepts.
3. Multiple ligament injuries of the knee.
4. ACL rehabilitation, current concepts.
5. Meniscal allografts, technique.

Richmond, J.C.: German Society for Orthopaedics, Traumatology and Sports Medicine, Annual Meeting Vienna, Austria, September 20-21, 1996.

1. Shoulder injuries in golf.
2. The management of shoulder instability in tennis.

Richmond, J.C.: Returning the injured athlete to sport: shoulder instability, Eastern Orthopaedic Association Annual Meeting, Hilton Head, N.C., October 19, 1996.

Richmond, J.C.: Arthroscopic versus open Bankart reconstruction. New England Bone and Joint Institute Shoulder Update, Boston, MA, October 25-26, 1996.

Richmond, J.C.: Casting and Splinting techniques for Pediatricians. American Academy of Pediatrics, Boston, MA, October 29-30, 1996.

Richmond, J.C.: Common sports problems of the foot and ankle, North Broward Hospital Symposium on Primary Care Sports Medicine, Fort Lauderdale, FL, November 23, 1996.

Richmond, J.C.:    Adolescent knee injuries, South Shore Hospital Continuing Education Symposium, Weymouth, MA, December 20, 1996.

Richmond, J.C.: The role of the team physician: An Orthopaedist's perspective.  Sudden Cardiac Death in the Athlete, Keystone, CO, February 12, 1997.

Richmond, J.C.: Health status indices.  American Physical Therapy Association combined Sections Meeting, Dallas, TX, February 14, 1997.

von Deck, M.D., Pajerski, M.E., Richmond, J.C., et al:  Arthrofibrosis:  A potential treatment based on growth factor manipulation.  American Academy of Orthopaedic Surgeons Annual Meeting, San Francisco, CA, February 17, 1997.

Richmond, J.C., von Deck, M.D., Alman, B.A.:  Arthrofibrosis a potential treatment based on growth factor manipulation.  Arthroscopy Association of North America Annual Meeting, San Diego, CA, April 18, 1997.

Richmond, J.C.: Outcome measures for the athletes knee. The Health Institute, Boston, MA, June 5, 1997.

Mintzer, C.M., Richmond, J.C., and Taylor, J.: Meniscal repair in the pediatric and adolescent population. American Orthopaedic Society for Sports Medicine Annual Meeting, Sun Valley, ID, June 24, 1997.

Richmond, J.C.: The meniscus, a functionless remnant of the leg muscle? Brigham & Women's Hospital Orthopaedic Grand Rounds, Boston, MA, October 15, 1997, Massachusetts General Hospital Orthopaedic Grand Rounds, Boston, MA, October 29, 1997.

Richmond, J.C.: Knee injuries in the adolescent. Massachusetts Association of Physician Assistants Annual Meeting, Hyannis, MA, October 17, 1997.

Richmond, J.C.: Arthroscopic shoulder instability: Decision analysis of treatment alternatives. New England Baptist Bone and Joint Institute, Boston, MA, October 17, 1997.

Kailes, S.B., Richmond, J.C.: Arthroscopic vs Open Bankart Reconstruction: A Comparison Using Expected Value Decision Analysis. Arthroscopic Association of North America.  Orlando, FL, May 2, 1998.

Richmond JC: Arthroscopic acromioplasty. Advanced Techniques in Shoulder Surgery, Vienna, Austria, April 3, 1998.

Princess Margaret Rose Orthopaedic Hospital Course on Current Management of Rotator Cuff Disorders and Shoulder instability, Edinburgh, UK, September 23-24, 1998: Richmond JC:

1.    Decision making in shoulder stabilization surgery - open or arthroscopic technique.
2.    Long term results of arthroscopic shoulder stabilization using Mitek anchors.
3.    Investigation and management of shoulder pain in the throwing athlete.

Frostic S and Richmond JC: Thermal arthroscopy using the Mitek VAPR system for patients with multidirectional instability (MDI) of the shoulder. 7th International Congress on Surgery of the Shoulder. Sydney, Australia, October 5, 1998.

Richmond JC: Arthroscopic versus open Bankart reconstruction, matching the procedure to the patient. Boston Shoulder Symposium, Boston, MA, October 16, 1998.

Richmond JC: The meniscus: Current treatment alternatives. Grand Rounds, New Britain General Hospital, New Britain, CT, October 27, 1998.

Richmond JC: Current treatment alternatives for the torn meniscus. Brown university Orthopaedic Grand Rounds, Providence, RI, January 6, 1999.

Kailes, S.B., Richmond, J. C.: Arthroscopic vs Open Bankart Reconstruction: A Comparison Using Expected Value Decision Analysis. Arthroscopic Assocation of North America. AAOS Speciality Day. February, 1999.

Richmond, J.C.  Complications in ACL Surgery. 18th Annual Cherry Blossom Seminar. Washington, DC, March, 1999.

Richmond, J.C.  Arthrofibrosis, Pathophysiology and Management Options. 18th Annual Cherry Blossom Seminar. Washington, DC, March, 1999.

Yunes, MJ and Richmond JC. Patellar vs hamstring tendons in ACL reconstrucion: A meta-analysis. International Society of Arthroscopy, Knee Surgery, and Orthopaedic Sports Medicine Meeting, May 29, 1999. Washington, DC.

4th International Conference Controversies in Shoulder and Elbow Surgery. London, U.K. June 15-17, 1999. Richmond JC:

  1. Multidirectional instability of the shoulder defining the problem.
  2. Arthroscopic shoulder stabilization.
  3. The sports elbow, a self-inflicted injury?

Boston University 1999 Update in Evaluation and Treatment of the Sports Athlete, July 19-23, 1999. Edgartown MA. Richmond JC:

  1. Traumatic instability of the shoulder: open vs. arthroscopic repair.
  2. Allograft ACL reconstruction: indications, graft selection, techniques.
  3. Meniscal repair in young athletes.
  4. Allograft meniscal replacement.

Richmond JC. Open vs arthroscopic Bankart reconstruction. 9th Nottingham Shoulder Stabilization Course. Nottingham, U.K., November 5, 1999.

XV Congress Nacional de Ortopaedia y Taumatologia, Guadalajara, Mexico, November 10-15, 1999. Richmond JC:

1. Treatment of chondral injuries in the XXIst century.
2. Newer techniques in meniscal repair.
3. Avoiding complications in ACL reconstruction.
4. Surgical management of arthrofibrosis.
5. Avoiding complications in arthroscopy.

Arthroscopy Association of North America 18th Fall Course. San Diego CA. November 18-21, 1999. Richmond JC:

1. ACL: hamstring harvest and graft preparation techniques.
2. Complications in ACL surgery.

Richmond, J.C.: The meniscus: State of the Art in the Year 2000. Orthopaedic Surgery Grand Rounds, Lahey Clinic. March 8, 2000. Burlington, MA.

Roth, E. and Richmond, J.C.: Long term outcome of meniscal transplantation. Meniscal Transplantation Study Group at 67th Annual Meeting AAOS. March 16, 2000. Orlando, FL.

Richmond, J.C.: ACL Reconstruction. American Academy of Orthopaedic Surgeons 67th Annual Meeting. March 17, 2000. Orlando, FL.

Richmnd, J.C.: Avoiding complications in meniscus surgery. Arthroscopy Association of North America Specialty Day at AAOS 67th Annual Meeting. March 18, 2000. Orlando, FL.

International Symposium on Sports Medicine. Israel 2000. Tel Aviv, Israel. March 28-30, 2000. Richmond, J.C.:

1. Arthroscopic Meniscal Repair.
2. ACL Femoral fixation options: Absorbable cross pins.

Richmond, J.C.: Common knee problems in primary care. Tufts Primary Care Symposium. April 8, 2000. Boston, MA.

Richmond, J.C., Anderson, A.F., Barrett, G.F., and Scliepsis, A.A.: Avoiding complications in knee ligament surgery. International Course at Arthroscopy Association of North America 19th Annual Meeting, April 13, 2000. Miami, FL.

Mitek International Symposium on Shoulder and Knee Surgery. April 16-18, 2000. Vienna, Austria. Richmond, J.C.:

1. ACL reconstruction with soft tissue grafts.
2. Anterior instability of the shoulder: Open vs. arthroscopic stabilization.
3. Tibial tunnel position in ACL reconstruction.

The Panther Sports Medicine Symposium. University of Pittsburgh School of Medicine. May 4-6, 2000. Pittsburgh, PA. Richmond, J.C.:

1. Outcomes research in the new millennium.
2. Outcomes of meniscal repair.
3. Evaluation and management of ACL complications.

American Orthopaedic Society for Sports Medicine. 26th Annual Meeting. June 18-21, 2000. Sun Valley ID.

1. Rath E, Yassir W, Albright J, and Richmond JC: The Long-Term Outcomes of Meniscal Allograft Transplantation.
2. Richmond JC: A Comparison of Ultrasonic Welding of Sutures with Traditional Knot Tying.

Richmond JC: Arthroscopic Instability Options: Suture Anchors, Tacks, Thermal Modification. Boston Shoulder Symposium. October 27, 2000, Boston, MA.

Richmond, JC: Anatomy, Biomechanics, and Surgical Indications for Meniscal Repair. AANA Fall Course. November 16-19, 2000, Palm Desert, CA.

Richmond JC: A Comparison of Ultrasonic Welding of Sutures with Traditional Knot Tying. Arthroscopic and Reconstructive Surgery, Robert W. Metcalf Memorial, January 13-20, 2001, SunValley, ID.

Richmond, JC: Meniscal Transplantation. Mitek Global Advanced Knee and Shoulder Symposium. January 20-21, 2001, Chicago, IL.

Richmond, JC: Anatomy, Biomechanics, and Surgical Indications for Meniscal Repair. AANA Speciality Day at AAOS 68th Annual Meeting, March 3, 2001, San Francisco, CA.

Richmond, J.C., Tolin, B.S., Shapiro, M.S.: Avoiding complications in knee ligament surgery. International Course at Arthroscopy Association of North America 20th Annual Meeting, April 19-22, 2001, Seattle, Washington.

Rath E, Richmond JC. Meniscal allograft transplantation: 2-8 year mid-term results. ISAKOS, May 17, 2001, Montreux, Switzerland.

Istanbul University Advanced Shoulder Arthroscopy Course, Istanbul Turkey, May 26, 2001. Richmond JC:
1. Rotator Cuff Repair Options: Open, Mini-Open, Arthroscopic
2. New Anchors to Simplify Techniques
3. Thermal Energy in the Shoulder: Resection to Tightening

4th International Conference Controversies in Shoulder and Elbow Surgery. London, U.K. June 18-20, 2001. Richmond JC:
1.  Bioabsorbable Anchors: Are they Really Any Good?
2.  Tennis Elbow: The Last Refuge of a Scoundrel?

AANA 20th Fall Course, San Antonio, Texas, November 29-December 2, 2001, Richmond JC:
1.  Meniscus Anatomy, Function, Indications for Repair versus Resection
2.  Meniscal Repair: Focus on Technique and Materials

6th Annual Lake Tahoe Knee and Shoulder Update, Lake Tahoe, Nevada, December 6-9, 2001, Richmond JC:
1.  Avoiding Pitfalls and Complications in ACL Surgery
2.  Meniscal Repair Implants: Avoiding Pitfalls and Complications
3.  Emerging Technology: Suture Welding

Richmond JC. Update on ACL Reconstructive Techniques. AAOS Annual Meeting, Dallas, Texas, February 13-17, 2002.

Richmond JC. Menicus Update 2002, No Longer a Vestigial Organ. Columbia University College of Physicians and Surgeons, March 21, 2002.

21st Annual Cherry Blossom Seminar, Arlington, VA, April 5-7, 2002, Richmond JC:
1.  Meniscal repair with all-inside devices: Technique, Results, Complications
2.  The science of suture welding: Indications and clinical experience.

Sociedad Mexicana de Ortopedia XXVI Congreso Nacional, Mexico City, Mexico, April 30 – May 5, 2002, Richmond, JC:
1.  Pitfalls in arthroscopic repair of shoulder instability
2.  Thermal capsulorraphy for shoulder instability
3.  PCL injuries: Diagnosis and treatment
4.  Meniscal transplantation
5.  Biomechanics of the glenohumeral joint
6.  Meniscal repair

Richmond JC. Thermal capsular shrinkage of the shoulder: Pros and cons. American Academy of Physician Assistants 30th Annual Conference, Boston, MA, May 29, 2002.

7th Reunion de Traumatologia y Medicina de Deporte, Mexico City, Mexico, June 13-16, 2002, Richmond JC:
1.  Shoulder instability: Treatment alternatives
2.  Meniscal repair: Indications and techniques

University of Vermont Current Concepts in the Treatment & Rehabilitation of Sports Injuries, Richmond JC:

1.  Meta-analysis in sports medicine
2.  Meniscal repair: Avoiding the pitfalls of arthroscopic implants
3.  Shoulder instability: Arthroscopy vs. open stabilization, a decision analysis
4.  The use of ultrasonic suture welding in orthopaedic surgery

Richmond JC. Splinting and bracing techniques in office pediatrics. American Academy of Pediatrics Annual Meeting, Boston, MA, October 22, 2002.

Richmond JC. Decision making in shoulder instability. Boston Shoulder and Sports Course, Boston, MA, October, 2002.

Arthrosocopy Association of North America, 21st Fall Course, Palm Desert, CA, November 17-20, 2002.

1.  New techniques for meniscal resection
2.  ACL reconstruction focus demonstration

7th Annual Lake Tahoe Knee and Shoulder Update, Lake Tahoe, NV December 5-8, 2002:

1.  ACL technique
2.  Ultrasonic suture welding
3.  Tissue engineering for ACL

Richmond JC and Brown C. ACL Reconstruction: So many choices. Boston Orthopedic Club, Newton, MA, December 16, 2002.

Richmond JC. ACL Reconstruction: Past, present, and future. Rhode Island Hospital, Providence, RI, March 12, 2003.

Richmond JC: Shoulder Instability: Heat, Tack, or Suture.  Eastern Orthopedic Meeting, Dublin, Ireland, July 30 – Aug. 3, 2003.

Richmond JC. Revision Anterior Cruciate Ligament Reconstruction.  Boston Shoulder & Sports Symposium.  October 17-18, 2003.  Boston, MA

Sgaglione NA, Richmond JC: Meniscal Repair: State of the Art Repair Techniques and Implant Choices.  AANA Fall Course, November 13-16, 2003.  New Orleans, LA.

Richmond JC: Live Surgery-Arthroscopic Cuff Repair.  Advanced Arthroscopy of The Shoulder Course.  November 20-22, 2003.  Royal Liverpool University Hospital

Richmond JC: Shoulder & Elbow Surgery – Controversies 2003.  December 1-3.  London, England.

1.  Should we ever repair rotator cuffs?
2.  First time dislocation – Immobilization or Stabilization?

Richmond JC: Revision ACL Reconstruction: Technique, Pitfalls and Pearls. Complex Knee Course, AANA Learning Center, Rosemont, IL.  Jan. 16-18, 2004.

Richmond JC: Meta-analysis in Sports Medicine: Applicability to ACL Reconstruction.  Annual Dale M. Daniel Orthopedic Symposium.  January 30-31, 2004.  Rancho Mirage, CA.

Richmond JC. 17th Annual AAOS Specialty Day, AOSSM. . San Francisco, CA,  March 13, 2004 Concurrent Surgical Procedures In and Around the Knee. Meniscal Allograft, Osteotomy, and Ligament Reconstruction

Richmond JC: 17th Annual AAOS Specialty Day, AANA. San Francisco, CA , March 13, 2004 Meniscal Repair Techniques: Inside-Out, Outside-In and meniscal Implants

Richmond JC:  New Hampshire Musculoskeletal Institute 4th Annual Winter Meeting, Stowe, VT. March 19-20, 2004
    1) Revision ACL Surgery
    2) Arthroscopic Shoulder Stabilization

Richmond, JC: Update on ACL Reconstruction. New England Orthopedic Society Spring Meeting, Bretton Woods, NH. June 4, 2004

Richmond, JC: Latin American Sports Medicine and Arthroscopy Symposium, Miami, FL. June 6-7, 2004
    1) Current Concepts in Shoulder Arthroscopic Techniques
    2) Current Concepts in Reconstruction of the Knee

Richmond, JC: AOSSM Advanced Surgery for the Athlete's Shoulder, Rosemont, IL Sept 17-19, 2004
    1) Open Bankart Repair
    2) Debate: Open vs. Arthroscopic Repair for the Athlete

Richmond, JC: Boston Shoulder and Sports Symposium, Oct 30, 2004. Meniscal Replacement.

Richmond, JC: 78th Annual Meeting of the Japanese Orthopaedic Association, Yokohama, Japan, May 12-15, 2005

    1) Shoulder Instability: Arthroscopic Treatment
    2) Arthroscopy of the Shoulder: Current Concepts

Richmond, JC: Boston Shoulder and Sports Symposium, Oct 29, 2005. Meniscal Preservation.

Richmond, JC: New England Shoulder and Elbow Society Ann Mtg, Jay Peak, VT, Jan 28, 2006. Rotator Cuff Tears, New Technology.

Richmond, JC: AOSSM Specialty Day AAOS Annual Meeting, Chicago, IL, March 25, 2006. Review and Insight: My Approach to Revision Shoulder Reconstruction.

Richmond, JC: International Symposium on Sports Medicine, Tel Aviv, Israel, April 5-6, 2006:

    1) Soft-Tissue ACL Reconstruction: Perspectives on the Tibial Tunnel
    2) Revision ACL Reconstruction: How to Avoid Problems
    3) Recurrent Anterior Shoulder Instability: Dealing with the Engaging Hill-Sachs Lesion
    4) Arthroscopic Posterior Shoulder Stabilization

Richmond, JC: University of Michigan, Ann Arbor, Michigan, June 1,2006: Future Advances in Anterior Cruciate Ligament Surgery.

Richmond, JC: University of Vermont Sports Medicine Update, Burlington, VT, Oct 5-6, 2006

    1) Do we need a Double-Bundle ACL?
    2) Transosseous Humeral Headplasty
    3) Meta-analysis: ACL reconstruction – Graft choices
    4) Meniscal Transplantation – Salvage osteotomies
    5) Arthroscopic Treatment of Shoulder Instability: Posterior and MDI
    6) ACL scaffolds: Can we Eliminate the Autograft?