Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TRACY LEITAO,                   \*
    Plaintiff               \*
                            \*        CIVIL ACTION
VS.                             \*        NO. 2005-11326-RWZ
                            \*
DAVID LHOWE, M.D.,              \*
    Defendant               \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ASSENTED TO MOTION TO CONTINUE AND RESCHEDULE TRIAL OF DEFENDANT, DAVID L. HOWE, M.D.

    This is a claim for medical negligence relative to orthopedic surgery performed by the defendant in the fall of 2002. Suit was instituted in June, 2005, in the United States District Court.

    As a result of a Joint Motion to Continue Trial from the original trial date of February 12, 2007, this Court reset the trial of the Leitao matter to April 2, 2007. At that time, the date did not appear to conflict with any other trials scheduled for counsel for defendant. Defense counsel was involved in another matter scheduled for trial in Brockton Superior Court on April 2, 2007, however, all counsel in that action were aware of a trial conflict on the part of one of the other attorneys that was likely to prevent the State Court trial from beginning. That case, entitled Ladd v. Fernandes, et al, Plymouth Superior Court No. 2005-00277, involves four parties and dealt with issues of delay in diagnosis of breast cancer. The plaintiff in that case has terminal cancer and a motion for new trial had previously been allowed by the State Court.

    Since December of 2006, counsel for defendant has advised the State Court and other counsel in the State Court action of the Leitao case and its trial assignment of April 2nd. It was felt by the Court and counsel that the Brockton case would not go forward due the trial conflict

of one of the other defense attorneys. All counsel in the State Court case most recently met with Superior Court Judge McIntyre on March 12th and that portion of the State Court case involving the conflicted attorney was severed and it was ordered by the Court that the Ladd case go forward on April 2nd in light of plaintiff's medical condition. This attorney again mentioned the Leitao matter and the Court requested that I contact the U.S. District Court to seek to continue trial. I spoke to Attorney Lang on March 19th, advised him of the issue and he indicated I could report to the Court that he had no objection to continuing Leitao so long as both counsel could have input into the new trial date if the Court agreed to the continuance. Both plaintiff and defendant are aware of this issue and while anxious for resolution understand the priorities.

Counsel respectfully represents that the trial of this matter currently scheduled for April 2nd be continued and that a scheduling conference be held at which time a new trial date be set.

David Lhowe, M.D.
By his Attorneys,

s/s Charles P. Reidy, III
Charles P. Reidy, III  BBO#:  415720
Michael A. Murphy  BBO#:  363290
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
617-227-3240

Assented to:

s/s Barry D. Lang
Barry D. Lang, Esquire  BBO#:  565438
Barry D. Lang, M.D., & Associates
One State Street  Suite 1050
Boston, MA 02109
617-720-0176



CERTIFICATE OF SERVICE

      I, Charles P. Reidy, III, of counsel for the defendant, David Lhowe, M.D., hereby certify that on the 19th day of March, 2007, I served a copy of the above document by faxing a copy thereof to: Barry D. Lang, Esq., Barry D. Lang, M.D. & Associates, One State Street, Suite 1050, Boston, Massachusetts 02109.

      /s/ Charles P. Reidy, III    
      Charles P. Reidy, III
      B.B.O. No. 415720
      Michael A. Murphy
      B.B.O. No. 363290
      Attorneys for Defendant,
      David Lhowe, M.D.
      Martin, Magnuson, McCarthy & Kenney
      101 Merrimac Street
      Boston, Massachusetts 02114
      (617) 227-3240