
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TRACY LEITAO,            \*
    Plaintiff            \*
                       \*            CIVIL ACTION
VS.                      \*            NO. 2005-11326-RWZ
                       \*
DAVID LHOWE, M.D.,       \*
    Defendant            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL

    Now come the parties and stipulate that the following entry be made:

        All claims and causes of action by Tracy Leitao against David Lhowe, M.D., be and hereby are dismissed without costs to either party, with prejudice and with all rights of appeal waived.  No sums were paid by or on behalf of defendants.

| Attorney for Plaintiff, | Attorney for Defendant, David Lhowe, M.D. |
|---|---|
| \_\_s/s Barry D. Lang_____ | \_s/s Charles P. Reidy, III_____ |
| Barry D. Lang, Esquire  BBO#: 565438 | Charles P. Reidy, III  BBO#: 415720 |
| Barry D. Lang, M.D., & Associates | Martin, Magnuson, McCarthy & Kenney |
| One State Street  Suite 1050 | 101 Merrimac Street |
| Boston, MA 02109 | Boston, MA 02114 |
| 617-720-0176 | 617-227-3240 |

DATED:  3/23/07